# EXHIBIT A

Filing # 206434402 E-Filed 09/09/2024 11:15:16 AM

**EXHIBIT A**

**IN THE COUNTY COURT OF THE ELEVENTH JUDICIAL CIRCUIT, IN AND FOR DADE COUNTY, FLORIDA**

21 AIR PILOTS ASSOCIATION, INC.

Plaintiff; **CASE No:** ______________

AVIA INVESTMENTS, LLC, 21 AIR, LLC;
MICHAEL MENDEZ, OLGA GUERRA, KYLE SMITH
and DONNA ENGELBRECHT individually,

Defendants.

---

**COMPLAINT & DEMAND FOR JURY TRIAL**

Plaintiff, the 21 AIR PILOTS ASSOCATION ("Plaintiff"), through undersigned counsel, files this Complaint against Defendants, AVIA INVESTMENTS, LLC., 21 AIR, LLC., Mr. MICHAEL MENDEZ, Ms. OLGA GUERRA, Capt. KYLE SMITH and Ms. DONNA ENGELBRECHT individually ("Defendants") and, states as follows:

**COURT JURISDICTION AND VENUE**

1. This is an action for damages for more than NINE THOUSAND DOLLARS ($9,000.00) but less than the sum of FIFTY THOUSAND DOLLARS ($50,000.00), exclusive of costs, interest, any penalties and attorneys' fees. Accordingly, Plaintiff has entered, "$49,999.99" in the civil cover sheet for the "estimated amount of the claim" as required in the preamble to the civil cover sheet for jurisdictional purposes only. The actual value of Plaintiff s claim(s) will be determined by a fair and impartial jury in accordance with Article 1, Section 21, of the Florida State Constitution.

A True Copy
Certification on Last Page
JUAN FERNANDEZ-BARQUIN
CLERK OF THE COURT AND COMPTROLLER
MIAMI-DADE COUNTY

2. This Court has jurisdiction over Plaintiff s claims because, at all times material to this Complaint, Plaintiffs were employed by Co-Defendant, 21 AIR, LLC., which is owned by Co-Defendant, AVIA INVESTMENTS, LLC., and 21 AIR, LLC is a foreign registered LLC with corporate offices doing business in Doral, Florida.

3. The illegal conduct in this Complaint occurred within the judicial district in and for Miami-Dade County, Florida.

4. This is an action brought under Florida Common Law for Tortious Interference with Contract, and for Civil Theft and under chapter 772.11 of the Florida Statutes.

5. Declaratory, injunctive, legal, and equitable reliefs are sought pursuant to the laws set forth above together with attorney's fees, costs, penalties and damages.

**PARTIES**

6. Plaintiff, the 21 PILOTS ASSOCIATION, INC., is incorporated in Dade County, Florida.

7. Defendant, AVIA INVESTMENTS, LLC., is registered under the laws of Texas with its principal place of business in Houston, TX.

8. Defendant, Mr. MICHAEL MENDEZ resides in Pembroke Pines, FL.

9. Defendant, Capt. KYLE SMITH resides in or about Tijeras, NM.

10. Defendant, Ms. DONNA ENGELBRECHT resides in Jacksonville Beach, FL.

11. Defendant, AVIA INVESTMENTS, LLC., owns AVIA ACQUISITIONS, LLC; which purchased and thus owns 21 AIR, LLC., that is doing business in Doral, FL.

12. Defendant Mr. MICHAEL MENDEZ was President or Chief Operating Officer at 21 AIR, LLC., and at all times relevant to this Complaint; and was charged with the primary responsibility for directing, managing, and otherwise overseeing and controlling same.

13. The 21 AIR PILOT'S ASSOCIATION, INC. (*hereinafter* referred to as "TAPA") is the exclusive and ONLY properly formed collective bargaining unit that had privity with the pilots at 21 AIR, LLC., at all times relevant to this Complaint. (*see* Plaintiff's Exhibit # 1).

14. Co-Defendants Capt. KYLE SMITH and Ms. DONNA ENGELBRECHT have and continue to tortiously interfere with TAPA. (*see* Plaintiff's Exhibit # 2).

15. They surreptitiously and fraudulently formed a new, similarly named Florida Corporation attempting to accomplish their objectives, hereinafter referred to as TAPA, Inc.

16. They began impersonating and acting as TAPA's officers in contacting the Pilots at 21 AIR, LLC in a collective-bargaining capacity. They did so without performing any of the required tasks and formalities in replacing a properly formed collective-bargaining unit.

17. Co-Defendants Mr. Mendez, Ms. Guerra, Capt. Smith, and Ms. Engelbrecht then conspired to steal approximately NINE THOUSAND DOLLARS ($9,000.00 U.S.) in collected dues monies rightfully belonging to TAPA and diverted that money to another, yet unknown account and / or blocked dues or fees controlled by Capt. SMITH and Ms. ENGELBRECHT, corporate officers of a fraudulent bargaining unit, TAPA, Inc. beginning in December 2022.

18. On or about May 8, 2024, the Co-defendants, 21 AIR, LLC., Mr. MICHAEL MENDEZ and Ms. OLGA GUERRA were properly noticed with a written demand letter as to the pilot dues taken above, as required in Florida Statute 772.11. Thirty (30) days have long-since passed, and no money was ever paid back. (*see* Plaintiff's Exhibit # 3)

19. Notice to the above and trial was attempted upon co-defendants Capt. SMITH and Ms. ENGELBRECHT, who may have attempted to evade service. (Plaintiff's Exhibit # 4)

20. On Mar. 26, 2024, Defendant Mr. MICHAEL MENDEZ admitted most or all of the facts listed above in # 18 as evidenced (*Tr. at 306, ln 2-6*) in the transcript of the trial, *ref.* OALJ # 2023-AIR-00005; *Seuring v. 21 Air, LLC.* (*see* Plaintiff's Exhibit #5).

**CONDITIONS PRECEDENT**

21. All conditions precedent to the bringing of this action, if any, have been performed, and this action is timely filed.

**STATEMENT OF THE ULTIMATE FACTS**

22. On Jan. 11, 2021, the National Mediation Board ("NMB") certified the "21 Air Pilot's Association" or "TAPA" as the duly authorized representatives for the 21 Air, LLC., pilots under the US Railway Labor Act ("RLA"). (*see* Plaintiff's Exhibit #6)

23. On Jan. 19, 2021, TAPA approved its first set of Bylaws governing the organization.

24. On Mar. 2, 2021, TAPA signed a Collective Bargaining Agreement ("CBA").

25. On Nov. 4, 2022, at a time when Co-Defendants were aware of the relationship between TAPA and its Members, they began interfering with the contractually protected labor relationship between TAPA and its membership. (*see* Plaintiff's Exhibit #7)

26. Co-defendants further interfered with TAPA by taking its collected dues money, blocking agency shop fees and changing its dues rate, previously agreed by the TAPA Bylaws.

27. Co-defendants were properly notified of TAPA's intent to recoup the pilot dues money and of the Civil Theft allegations *styled* against them as delineated in Florida Statute 772.11.

28. No dues or agency shop fees were ever returned to TAPA by any of the Co-defendants.

29. As of the date on this Complaint, TAPA, Inc. and 21 AIR, LLC., are still tortuously interfering with TAPA.

30. Plaintiff, on or about Mar. 3, 2023, has reported TAPA, Inc. to the United States Department of Labor, which as of the date on this Complaint has taken no action.

31. The damages committed against the Plaintiff and TAPA's members are still ongoing, as to the date listed on this Complaint. (*see* Plaintiff's Exhibit #8)

32. On Jun. 15, 2024, Ms. ENGLEBRECHT created or presented a document to convert TAPA dues money collected for TAPA to TAPA, Inc. and presented it before Capt. JONNY SALOMONSEN while he was in Miami for pilot training. (*see* Plaintiff's Exhibit #9).

**COUNT I: TORTIOUS INTERFERENCE WITH CONTRACT**

**(as to all Defendants)**

32. Paragraphs 1 through 32 are re-alleged and incorporated herein by reference.

33. This count sets forth claims against AVIA INVESTMENTS, LLC. A Texas Corporation; doing business as 21 AIR, LLC., with Mr. MICHAEL MENDEZ, Ms. OLGA GUERRA, Capt. KYLE SMITH and Ms. DONNA ENGELBRECHT, individually for Tortious Interference with a Contract, under the common law of the State of Florida.

34. The agreements pertaining to Plaintiff's lawfully recognized collective-bargaining unit (TAPA) and its Constitution and Bylaws constitute a valid and enforceable contract.

35. Defendants unlawfully interfered with the agreements by impersonating TAPA's elected officers, stealing its dues and formulating a new organization; in an unlawful attempt to replace it.

36. Plaintiff has been damaged by Defendants' tortious interference with Plaintiff's agreements; as follows:

a. TAPA, Inc. has represented the interests of 21 Air management, but not its Members.

b. TAPA, Inc. has negotiated less-favorable agreements with company management as to salary and other working conditions and / or contractual benefits for the pilots, and:

38. Plaintiff is therefore entitled to compensatory damages in an amount sufficient to cover Plaintiff's dues and fees expectations, its interest and penalties due, as well as any consequential damages and legal fees incurred in its performance of the services rendered; on behalf of the Defendants.

39. TAPA as a result of the interference created by the Defendants has been unable to completely perform all of its functions in serving its members and was forced to hire counsel.

**<u>COUNT II</u>: <u>CIVIL THEFT</u>**

**(as to all Defendants)**

40. Paragraphs 1 through 39 are re-alleged and incorporated herein by reference.

41. This count sets forth claims against AVIA INVESTMENTS, LLC., A Texas Corporation; doing business as 21 AIR, LLC., and Mr. MICHAEL MENDEZ, Ms. OLGA GUERRA, Capt. KYLE SMITH and Ms. DONNA ENGELBRECHT, individually, for Civil Theft under Chapter 772.11 of the Florida Statutes.

42. On or about Jan, 1st, 2023; Ms. OLGA GUERRA began diverting money collected and rightfully belonging to Complainant TAPA on the orders of then President and Co-Defendant Mr. MICHAEL MENDEZ into a separate account and distributed these funds to an account directed by Co-Defendants Capt. KYLE SMITH and Ms. DONNA ENGLEBRECHT.

43. This theft of dues and fees is ongoing, as of the time of this Complaint. The funds (approx. $9,000.00) were never returned to TAPA as its rightful owner.

44. Co-defendants Mr. MENDEZ and Ms. GUERRA were properly noticed of the Plaintiff's Civil Theft allegations, and Plaintiff's intent to seek triple damages (3x) in litigation with all penalties and fees.

45. Service of same was attempted on co-Defendants at 21 AIR, LLC for Capt. SMITH and Ms. ENGELBRECHT, albeit unsuccessfully. However, they may have evaded service for trial.

46. As a result of Defendants' theft and conversion, Plaintiff has had difficulty in collecting, representing and performing its duties for TAPA Members.

47. The circumstances are such that injustice can be avoided only by civil collection actions instituted by the Court against the above Defendants. (*see* Plaintiff's Exhibit #10).

**PRAYER FOR RELIEF**

WHEREFORE Plaintiff TAPA, demands judgment against Defendants, for the following:

a. That process issue and this Court take jurisdiction over this case;

b. That this Court grant equitable relief against Defendants under the applicable counts set forth above, mandating Defendants' obedience to the laws enumerated herein and providing other equitable relief to Plaintiff;

c. Enter judgment against Defendants and for Plaintiff awarding all legally-available general damages, compensatory damages, economic damages and liquidated damages to Plaintiff from Defendant for Defendant's violations of law enumerated herein;

d. Enter judgment against Defendants and for Plaintiff permanently enjoining Defendants from future violations of law enumerated herein;

e. Enter judgment against Defendants and for Plaintiff awarding Plaintiff attorney's fees and costs;

f. Award Plaintiff the penalties and interest where appropriate; and remedy TAPA representation from tortious interference by Capt. KYLE SMITH and Ms. DONNA ENGELBRECHT.

g. Grant such other further relief to collect all outstanding dues and fees and return these to the 21 AIR PILOT'S ASSOCIATION, Inc.

h. Order TAPA, Inc. to be dissolved in accordance with the regulatory statutes afforded in the TAPA Bylaws and its amendments.

i. Notify required Florida certifying accounting agencies for irrevocable disciplinary action for the civil theft of Ms. OLGA GUERRA.

**JURY DEMAND**

Plaintiff requests a trial by jury on all issues so triable. Dated this 9th day of September 2024.

Respectfully submitted,

***S/S Michael R. Anello***

ATTORNEY FOR PLAINTIFF
Michael R. Anello, *Esq.*
Florida Bar # 10264
11565 17th Lane North, Unit 1607
St. Petersburg, FL. 33716
MikeAnelloSting12@gmail.com
Telephone (727) 465-6080

STATE OF FLORIDA, COUNTY OF MIAMI-DADE
I HEREBY CERTIFY that the foregoing is a true and correct copy of the Original on file in this office 9-30 AD 2024
LUIS G. MONTALDO, Clerk Ad interim of Circuit and County Courts
Deputy Clerk Elsie Bevell 29691

# EXHIBITS


| No. | Title of Document | Page |
|---|---|---|
| 1 | Incorporation of 21 Air Pilot's Association, Inc; State of Florida | 11 |
| 2 | Alleged recall of TAPA Corporate officers | 13 |
| 3 | Demand Letter, Theft of TAPA Dues; Attny. Michael Anello | 15 – 16 |
| 4 | K. Smith & D. Englebrecht Subpoenas; OALJ case # 2023-AIR-00005 | 18 – 19 |
| 5 | Trial Transcript Excerpts, # 2023-AIR-00005; Mr. Mike Mendez | 21 – 24 |
| 6 | Jan. 11, 2021; National Mediation Board Certification ("NMB") | 26 – 27 |
| 7 | TAPA Resolutions, #9, #8 & #7 & Membership Voting Results | 29 – 33 |
| 8 | TAPA, Inc. alleges to cancel all previous TAPA Resolutions | 35 |
| 9 | Capt. Jonny Salomonsen, Affidavit; Dues & Fee Conversion | 37 – 39 |
| 10 | Oct. 16, 2022; Pre-Trial Email; Attny. Chris Harrison | 41 – 42 |


JUAN FERNANDEZ-BARQUIN CLERK OF THE COURT & COMPTROLLER MIAMI-DADE COUNTY, FLORIDA IN GOD WE TRUST

**EXHIBIT 1**

JUAN FERNANDEZ-BARQUIN
CLERK OF THE COURT & COMPTROLLER
MIAMI-DADE COUNTY, FLORIDA
IN GOD WE TRUST

**FILED**
**Mar 02, 2024**
**Secretary of State**
**1243372095CC**

## 2024 FLORIDA NOT FOR PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# N22000008125

**Entity Name:** 21 AIR PILOTS ASSOCIATION, INC.

**Current Principal Place of Business:**

3650 NW 82ND AVE
DORAL, FL 33166

**Current Mailing Address:**

1055 VANDERCAR WAY
FLORENCE, KY 41042 US

**FEI Number:** 88-3333173

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

BLESS, CHARLES A
7725 GREENBORO DRIVE
MELBOURNE, FL 32904 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: ______________________________

Electronic Signature of Registered Agent — Date

**Officer/Director Detail :**

| | | | |
|---|---|---|---|
| Title | P | Title | VP |
| Name | SEURING, KARL E | Name | BLESS, CHARLES A |
| Address | 721 4TH AVE<br>POB 2221 | Address | 7725 GREENBORO DRIVE |
| City-State-Zip: | KIRKLAND WA 98083 | City-State-Zip: | MELBOURNE FL 32904 |
| Title | S&T | | |
| Name | SCHEIDLER, JAMES | | |
| Address | 721 4TH AVE<br>POB 2221 | | |
| City-State-Zip: | KIRKLAND WA 98083 | | |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 617, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: KARL SEURING — PRESIDENT — 03/02/2024

Electronic Signature of Signing Officer/Director Detail — Date



**EXHIBIT 2**

TAPA 240909

Gmail [redacted]

**Fwd: Recall Vote of Current TAPA Board Members**

[redacted] [redacted]

---

**From:** Donna Engelbrecht <dengelbrecht@21air.us>
**Sent:** Monday, November 28, 2022 12:19 PM
**To:** Wilhoit, Roger <rwilhoit@21air.us>; Ismail, Amhad <aismail@21air.us>; Pardo, Samuel <spardo@21air.us>; Melo, German <gmelo@21air.us>; Ladas, Kevin <kladas@21air.us>; Casimir, Charles <ccasimir@21air.us>; Pritchett, Martin <mpritchett@21air.us>; Salomonsen, Jonny <jsalomonsen@21air.us>; Smith, Kyle <ksmith@21air.us>; Boni, Kenneth <kboni@21air.us>; Veith, Stephen <sveith@21air.us>; Charles Bless <cbless@21air.us>; Robert Purdy <rpurdy@21air.us>; Anoshiravani, Amir <aanoshiravani@21air.us>; james scheidler <jscheidler@21air.us>; Jeremy Martin <jmartin@21air.us>; Zaki Alzghol <zalzghol@21air.us>; Timothy Christian <TChristian@21air.us>; Joel A. Hammons <jhammons@21AIR.US>; Ian Masson <imasson@21AIR.US>
**Cc:** Moreno, Hector <hmoreno@21air.us>; Henry, Armon <ahenry@21air.us>; Wubishet, Melaku <mwubishet@21air.us>; Gebremedhin, Gedion <ggebremedhin@21air.us>; Petersen, Steven <spetersen@21air.us>; Krekan, Milan <mkrekan@21air.us>; Roberto Manzanares <rmanzanares@21air.us>; Juan Chabriel <jchabriel@21air.us>; Akiyos Abebe <AAbebe@21air.us>; Daniel Sanchez <dsanchez@21air.us>; Donna Engelbrecht <dengelbrecht@21air.us>; Darren Kossen <DKosser@21air.us>; Ricardo V. Molina <rvazquez@21air.us>; Luis Vargas Sandoval <lvargas@21AIR.US>; Claudio La Franca <clafranca@21AIR.US>; Jesus E. Rojas <jrojas@21AIR.US>; Jesus A Giraldo <JGiraldo@21AIR.US>; Juan Camacho <jcamacho@21AIR.US>
**Subject:** Recall Vote of Current TAPA Board Members

Please open the attachment below to vote.

Remember, YOUR VOTE counts!

https://s.surveyplanet.com/881t3xid




**Recall of TAPA Board Members**

Recent surveys of the pilots of 21 Air, LLC have concluded that a recall of the TAPA board members is in order. Pilots that have not completed IOE are not eligible to vote. In order to vote please insert your company email address below. Your voice is important. Voting will stay open until December

s.surveyplanet.com

Use your company email to access the voting platform.

**EXHIBIT 3**

JUAN FERNANDEZ-BARQUIN
CLERK OF THE COURT & COMPTROLLER
MIAMI-DADE COUNTY, FLORIDA
IN GOD WE TRUST

***Michael Anello, Esq.***

PO Box 25
St. Petersburg, Florida
(727) 465-6080

May 8, 2024

Capt. Kyle Smith
President, TAPA, Inc.
C/O 21 Air, LLC
3650 NW 82 Ave, Suite 407
Doral, FL 33166

Email: ksmith@21air.us.com
US Certified Mail & Legal Service

Dear Capt. Smith:

This office represents the 21 Air Pilot's Association, Inc. ("TAPA") which is the exclusive federally-recognized collective bargaining unit for pilots at 21 Air, LLC. This is in regards to your organization's failure to return union dues for TAPA used for collective bargaining purposes taken from the paychecks of its individual members by 21 Air's payroll department. We understand these funds was taken from dues paying TAPA members between December 2022 and February 2023.

The total of those funds is approximately **NINE-THOUSAND FIVE HUNDRED DOLLARS (USD $ 9,500.00)** plus interest and fees. I have identified you as one of the people who received this money – and diverted it to some (as of yet) unknown place. These funds were never received by the 21 Air Pilot's Association, Inc. and the rightful owners of this dues money have never received it.

We can only conclude that you started receiving the collected dues in December 2022 without the permission of TAPA members. Their efforts to recoup that money have been unsuccessful - thus leaving these pilots no choice but to enlist my help.

In accordance with ***Florida Statutes, Section 68.065*** we are providing you with the following statutory notice and demand for payment:

You are hereby notified that your continued unlawful retention of the approximate sum of NINE – THOUSAND FIVE HUNDRED DOLLARS (US $9,500.00) constitutes civil theft in the State of Florida. Pursuant to Florida law, you have thirty (30) days from receipt of this notice to tender payment in cash of the full amount of the transfer plus a service charge of four percent (4%) and accumulated interest, the total amount due being **TEN-THOUSAND EIGHT HUNDRED US DOLLARS (US $10,800.00).**

JUAN FERNANDEZ-BARQUIN CLERK OF THE COURT & COMPTROLLER MIAMI-DADE COUNTY, FLORIDA IN GOD WE TRUST

Unless this amount is **paid in full within the 30-day period,** the rightful owners of that money may file a civil action lawsuit against you and an injunction of further dues collection for three (3X) times the amount of these funds, in addition to the payment of the funds, plus any court costs, reasonable attorney fees, and any bank fees incurred by the payee in taking the action.

Please be further advised that if your actions are ever reviewed by local law enforcement - what we suspect you have done may be considered *Embezzlement.* There are criminal charges which may be filed by the State of Florida pursuant to ***Florida Statute 812.04*** that require notice to the FAA.

Your actions may have also violated one or more sections of the Railway Labor Act ("RLA"), since taking TAPA dues and denying Agency Shop money due in accordance with the Collective Bargaining Agreement ("CBA") and not returning it *directly interfered with* and / or obstructed, and / or frustrated the efforts of the lawful collective bargaining unit inside 21 Air ("TAPA").

We have information that shows you knew what this money was for, you knew when the deductions were to happen, and you knew when the deductions stopped being delivered to TAPA and where that dues money went. Your denial of the dues and Agency Shop fees harms the 21 Pilot's Association.

The *bottom-line* is:

1. You must return all of the TAPA dues money taken from TAPA during those dates and return it to TAPA, and you must do it in the next 30 days.

2. The Dues Check Off ("DCO") and Agency Shop fee program has been previously established for the 21 Air Pilot's Association, which is the NMB recognized bargaining unit for the 21 Air pilots.

I urge you to immediately advance these taken funds or, tell your attorney where this money is and make immediate arrangements to pay all sums due, to avoid the necessity of any further legal action and costs against you and your company.

Regards,

***s/s Michael R. Anello***

Attny. Michael R. Anello, Esq.
Florida Bar # 10264
cc: Capt. Karl Seuring
Mr. Michael Mendez
Mr. W. Chris Harrison
TAPA file.

Attachments

**EXHIBIT 4**

# United States Department of Labor
# OFFICE OF ADMINISTRATIVE LAW JUDGES

In Re:

KARL E. SEURING

(Plaintiff/Complainant/Claimant)

v.

21 AIR, LLC

(Defendant/Respondent/Employer/Carrier)

OALJ Case No: 2023-AIR-00005

## SUBPOENA TO APPEAR AND TESTIFY AT A HEARING

To: Capt. Kyle Smith

Address 17 Velma Drive

City Tijeras State NM Zip Code 87959

**YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a formal hearing in the above captioned proceeding. When you arrive, you must remain at the location of the proceeding until the judge or a court officer allows you to leave. If you are an organization that is not a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

Place of Testimony: FAA Pacific NW Headquarters
220-16th St. South
Conf. Rm. # IN-485
Des Moines, WA 98198

Date: 3/25-29 2024

Time: 0830 PST

**YOU MUST ALSO BRING WITH YOU** the following documents, electronically stored information, or objects (blank if not applicable):

Two (2) forms of photo identification such as a Driver's License and Passport.

The provisions of Code of Federal Regulations (CFR) 29 C.F.R. §§18.56(c) and 18.52(a), relating to your protection as a person subject to a subpoena, and 29 CFR §§18.56(d) and 18.56(e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

This subpoena is issued upon the application of (indicate attorney/representative for named party):

(Person requesting subpoena)

Name Michael Anello

Bar Number 10264 (FL) 15007 (NV)

Phone Number 7274656080

(Address and Telephone Number)

Firm Name Michael Anello, Esquire

Address 735 N. Arlington Ave., Suite 303

City St. Petersburg

State FL Zip Code 33701

**If this subpoena commands the production of documents, electronically stored information, or tangible things, a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. 29 C.F.R. §18.56(b)**

IN WITNESS WHEREOF the undersigned United States Department of Labor Administrative Law Judge has digitally signed this subpoena.

SCOTT MORRIS Digitally signed by SCOTT MORRIS Date: 2024.02.09 09:19:36 -05'00'

Signature of U.S. Administrative Law Judge

JUAN FERNANDEZ-BARQUIN CLERK OF THE COURT & COMPTROLLER MIAMI-DADE COUNTY, FLORIDA IN GOD WE TRUST

DEPARTMENT OF LABOR UNITED STATES OF AMERICA

# United States Department of Labor
# OFFICE OF ADMINISTRATIVE LAW JUDGES

In Re:

KARL E. SEURING

(Plaintiff/Complainant/Claimant)

v.

21 AIR, LLC

OALJ Case No: 2023-AIR-00005

(Defendant/Respondent/Employer/Carrier)

## SUBPOENA TO APPEAR AND TESTIFY AT A HEARING

To: Ms. Donna Engelbrecht

Address 6 Fairway Road

City Jacksonville Beach State FL Zip Code 32250

**YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a formal hearing in the above captioned proceeding. When you arrive, you must remain at the location of the proceeding until the judge or a court officer allows you to leave. If you are an organization that is not a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

Place of Testimony: FAA Pacific NW Headquarters
220-16th St. South
Conf. Rm. # IN-485
Des Moines, WA 98198

Date: 3/25-29 2024

Time: 0830 PST

**YOU MUST ALSO BRING WITH YOU** the following documents, electronically stored information, or objects (blank if not applicable):

Two (2) forms of photo identification such as a Driver's License and Passport.

The provisions of Code of Federal Regulations (CFR) 29 C.F.R. §§18.56(c) and 18.52(a), relating to your protection as a person subject to a subpoena, and 29 CFR §§18.56(d) and 18.56(e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

This subpoena is issued upon the application of (indicate attorney/representative for named party):

(Person requesting subpoena)

Name Michael Anello

Bar Number 10264 (FL) 15007 (NV)

Phone Number 7274656080

(Address and Telephone Number)

Firm Name Michael R. Anello, Esq.

Address 735 N Arlington Ave., Suite 303

City St. Petersburg

State FL Zip Code 33701

**If this subpoena commands the production of documents, electronically stored information, or tangible things, a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. 29 C.F.R. §18.56(b)**

IN WITNESS WHEREOF the undersigned United States Department of Labor Administrative Law Judge has digitally signed this subpoena.

SCOTT MORRIS Digitally signed by SCOTT MORRIS Date: 2024.02.09 08:48:42 -05'00'

Signature of U.S. Administrative Law Judge

JUAN FERNANDEZ-BARQUIN CLERK OF THE COURT & COMPTROLLER MIAMI-DADE COUNTY, FLORIDA IN GOD WE TRUST

DEPARTMENT OF LABOR UNITED STATES OF AMERICA

**EXHIBIT 5**

JUAN FERNANDEZ-BARQUIN
CLERK OF THE COURT & COMPTROLLER
MIAMI-DADE COUNTY, FLORIDA
IN GOD WE TRUST

**UNITED STATES DEPARTMENT OF LABOR**
**OFFICE OF ADMINISTRATIVE LAW JUDGES**

In the Matter of:

| | | |
|---|---|---|
| KARL E. SEURING,<br><br>Complainant,<br>v.<br><br>21 AIR, LLC,<br><br>Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 2023-AIR-00005<br>OSHA Case No.: 301002429 |

Joint Base Lewis McChord
101 Col. Joe Jackson Blvd.
Suite 3053
JBLM, Washington 98438

Tuesday,
March 26, 2024

The above-entitled matter came on for hearing pursuant to notice, at 9:00 a.m.

BEFORE: SCOTT R. MORRIS
Administrative Law Judge

things, it says the union leadership is requesting a temporary stop in dues, correct?

A Yes.

Q And it says they want a chance to review the financial records and dues collected from the previous TAPA board. Did you comply with this?

A Yes, we did.

MR. HARRISON: We'd ask that 24 be admitted.

(Whereupon, the documents referred to were marked for identification as Respondent's Exhibit 24.)

MR. ANELLO: No objection.

JUDGE MORRIS: All right. RX-24 is admitted.

(Whereupon, the documents marked for identification as Respondent's Exhibit 20 were admitted into evidence.)

BY MR. HARRISON:

Q Exhibit 25, is this an email from Donna Engleberg saying (Indiscernible)? Did you get copied on this email?

A Yes, I did.

Q Okay, on March 6, 2023?

A Yes.

Q And Ms. Engleberg is requesting payroll data and deductions that had been previously made for pilot dues?



JUAN FERNANDEZ-BARQUIN CLERK OF THE COURT & COMPTROLLER MIAMI-DADE COUNTY, FLORIDA IN GOD WE TRUST

A Yes.

Q And at this time, was the company holding the money aside for that?

A Yes, it was. Any money that had previously been collected was identified and we have it logged and it would be (Indiscernible) from TAPA.

Q And if you'll turn to 25.

JUDGE MORRIS: It is 25.

MR. HARRISON: 26.

JUDGE MORRIS: Are you offering 25?

MR. HARRISON: I'm offering 25.

(Whereupon, the documents referred to were marked for identification as Respondent's Exhibit 25.)

MR. ANELLO: No objection.

JUDGE MORRIS: All right. RX-25 is admitted.

(Whereupon, the documents marked for identification as Respondent's Exhibit 25 were admitted into evidence.)

BY MR. HARRISON:

Q Turn to 26, please. Is this an email from Donna Engleberg to you dated July 25, 2023?

A Yes.

Q And in sort of indicates the bank account



JUAN FERNANDEZ-BARQUIN CLERK OF THE COURT & COMPTROLLER MIAMI-DADE COUNTY, FLORIDA IN GOD WE TRUST

information and that sort of thing where the pilot would use for deposit?

A Correct.

Q Did you comply with the TAPA leadership's request.

A Yes, we did. We sent all of the back fees that we had in the account that we had been holding.

JUDGE MORRIS: Are you offering 26?

MR. HARRISON: Sorry. Offering 26.

(Whereupon, the documents referred to were marked for identification as Respondent's Exhibit 26.)

MR. ANELLO: No objection.

JUDGE MORRIS: I'll note that 26 has confidential (Indiscernible) from my previous caution. That has no meaning to me. This is now a public record unless you specifically make a motion to try and prevent the public from having access to it.

MR. HARRISON: The original had bank account information which had been redacted.

JUDGE MORRIS: And again, for any of these exhibits, I'm operating under the assumptions that you complied with my rule from protecting PII from them if you have not go back and check to make sure that's done. In this day and age, that's something that we need to be



JUAN FERNANDEZ-BARQUIN CLERK OF THE COURT & COMPTROLLER MIAMI-DADE COUNTY, FLORIDA IN GOD WE TRUST

**EXHIBIT 6**

JUAN FERNANDEZ-BARQUIN
CLERK OF THE COURT & COMPTROLLER
MIAMI-DADE COUNTY, FLORIDA
IN GOD WE TRUST

**NATIONAL MEDIATION BOARD**
WASHINGTON, DC 20572

(202) 692-5000

| In the Matter of the<br><br>REPRESENTATION OF EMPLOYEES<br><br>of<br><br>21 AIR, LLC<br><br>Pilots | 48 NMB No. 10<br><br>CASE NO. R-7559<br><br>CERTIFICATION<br><br>January 11, 2021 |
|---|---|

The services of the National Mediation Board (Board) were invoked by 21 Air Pilots Association (TAPA) on November 30, 2020 to investigate and determine who may represent for the purposes of the Railway Labor Act (RLA), as provided by Section 2, Ninth, thereof, personnel described as "Pilots," employees of 21 Air, LLC (Carrier).

At the time this application was received, these employees were unrepresented.

The Board assigned Investigator Josie G.M. Bautista to investigate.

## FINDINGS

The investigation disclosed that a majority of eligible employees in the craft or class had signed authorization cards which authorize TAPA to represent them for the purposes of the RLA.

The investigation further disclosed that the Carrier did not object to representation of the craft or class by TAPA.



JUAN FERNANDEZ-BARQUIN CLERK OF THE COURT & COMPTROLLER MIAMI-DADE COUNTY, FLORIDA IN GOD WE TRUST

The following is the result of the Check of Validity of the employees' signatures as reported by Investigator Bautista.

| Number of Employees Signing Authorizations | |
|---|---|
| Eligible Employees | 20 |
| Valid Authorizations | 15 |

The Board further finds that: the Carrier and employees in this case are, respectively, a Carrier and employees within the meaning of the RLA, as amended; this Board has jurisdiction over the dispute involved herein; and the interested parties, as well as the Carrier, were given due notice of the Board's investigation.

CERTIFICATION

NOW, THEREFORE, in accordance with Section 2, Ninth, of the RLA, as amended, and based upon its investigation pursuant thereto, the Board certifies that the 21 Air Pilots Association has been duly designated and authorized to represent for the purposes of the RLA, as amended, the craft or class of Pilots, employees of 21 Air, LLC, its successors and assigns.

By direction of the NATIONAL MEDIATION BOARD.

Maria-Kate Dowling
Acting General Counsel



JUAN FERNANDEZ-BARQUIN CLERK OF THE COURT & COMPTROLLER MIAMI-DADE COUNTY, FLORIDA IN GOD WE TRUST

**EXHIBIT 7**

**TAPA RESOLUTION 9** **CONSTITUTION & BYLAWS AMENDMENT**

Maker **BLESS, A** Second **GERDING, P**

WHEREAS, the 21 Air, LLC. pilots (herein, Pilots) are organized and offer services under the 21 Air Pilot's Association (TAPA) Constitution and Bylaws and a Collective Bargaining Agreement (CBA) with the Company.

WHEREAS, the TAPA pilots voted for dues assessment in accordance Resolution #7 and #8.

WHEREAS, the Board of Pilot Representatives (BPR) has determined from Aug. 15, 2022 to Aug. 15, 2023, a dues rate of 1.5% (0.015) of a 21 Air pilot's gross income is necessary to fund the basic operating expenses of the Association.

THEREFORE BE IT RESOLVED, the following Second amendment to the TAPA Constitution and Bylaws is proposed to Article II, Membership, Sec. 3 & 4; as necessary to amend and conform CBA Sec. 19.B "Dues Check Off (DCO)" program for "Agency Shop."

Article II, Membership, Sec. 3, par.1, DUES; *to add*:

> TAPA may institute dues ***"for all qualified pilots"*** if the majority of the Board of Pilot Representatives makes such a recommendation, and such recommendation is approved by the majority of the votes cast by members voting in such a referendum.

Article II, Membership, Sec. 4, par. 6, MEMBER RIGHTS AND OBLIGATIONS; (p.5) *to add*:

> Apprentice, ***"Management Pilots"*** and inactive members in good standing shall enjoy all the benefits of active membership except the privileges of voting, holding elected office, holding committee positions, and participating in Association sponsored programs where specific requirements, ***"such as TAPA representation"*** prohibit such participation.

PRESENTED to membership for ratification; in accordance with Article VI, this 28th day of July 2022.

Resolution *transmitted* for vote electronically; date: July 28, 2022.

s/s; file copy.

Tony BLESS Phil GERDING

**TAPA RESOLUTION 8** **CONSTITUTION & BYLAWS AMENDMENT**

Maker __**GERDING, P**__ Second __**BLESS, C**__

WHEREAS, the 21 Air, LLC. pilots (herein, Pilots) are organized and offer services under the 21 Air Pilot's Association (TAPA) Constitution and Bylaws.

WHEREAS, effective July 12, 2022, the TAPA Board of Pilot Representatives has formed the 21 Air Pilot's Association, Inc. with the State of Florida's Secretary of State's (SOS) office, as a Florida Non-Profit Corporation.

THEREFORE BE IT RESOLVED, the following INITIAL amendments to Article I, General & Article III, Officers and Board of Pilot Representatives are necessary to the TAPA Constitution and Bylaws;

Article I, General, Sec. 7, OBJECTIVES OF TAPA; *to add*:

To operate ***"and fund"*** a non-profit, employee-representing Association, ***"in accordance with IRS Sec 501(c)5."***

Article III, Officers and Board of Pilot Representatives, Sec. 2, ELECTIONS OF OFFICERS; *to add*:

***"Two (2) of the three (3) pilots elected, acting for, or appointed as TAPA Officers to the Board of Pilot Representatives must be pilots that have bid and flown from the 21 Air pilot seniority list."*** An Officer who retires during his / her term of office shall vacate that office automatically upon retirement.

THEREFORE, BE IT FURTHER RESOLVED, that TAPA is an *independent* non-profit Florida Corporation and is subject to election and appointed voting rights of its members and the Board of Pilot Representatives.

PRESENTED to membership for ratification; in accordance with Article VI, this 20th day of July 2022.

Resolution *transmitted* for vote electronically; date: July 20, 2022.

s/s; file copy.

Phil GERDING Tony BLESS

JUAN FERNANDEZ-BARQUIN CLERK OF THE COURT & COMPTROLLER MIAMI-DADE COUNTY, FLORIDA IN GOD WE TRUST

**TAPA RESOLUTION 7** **ELECTIONS & REGISTRATION**

Maker **BLESS, C** Second **SEURING, K**

WHEREAS, the 21 Air, LLC. pilots (*herein,* Pilots) are organized by the Twenty-One Air Pilot's Association (TAPA) under a Twenty-One Air Pilot Working Agreement (TAPWA) otherwise, a Collective Bargaining Agreement (CBA) to regulate a process for discussion, exchanges, growth and revisions and to safely operate Boeing 767 transport category aircraft (*collectively,* for the Company) in revenue cargo service.

WHEREAS, the 21 Air Pilot's Collective Bargaining Agreement (CBA) was agreed by the Management of 21 Air, LLC. (*the* Company) on Mar. 2, 2021; for Pilots to conduct supplemental air cargo operations.

WHEREAS, the State of Florida Secretary of State's (SOS) office requires non-profit Corporations such as the Twenty-One Air Pilot Association (TAPA) to register under Florida Statute s.617.0202 and provide a registered agent with a mailing address under s.617.0501 and; the Internal Revenue Service (IRS) requires each IRS 501(c)(5) non-profit to disclose record keeping for US federal tax filing purposes.

WHEREAS, the Pilots have been presented with the Company's Letter of Approval (LOA) that requests the TAPA President to authorize the Company's recent pay raises, medical and 401K packages.

WHEREAS, the signing of the Company's LOA, absent registration of TAPA with the State of Florida's SOS and the IRS has placed TAPA's acting President in the *unprecedented position* of assuming personal liability for the LOA that triggered his resignation.

THEREFORE BE IT RESOLVED, that Pilots receive but include further discussion on the Company's recent improvements of pay and benefits and, *set-aside* the vote of April 25, 2022 "to Accept" and immediately call for TAPA Officer nominations and elections of President, Vice President and Secretary-Treasurer.

THEREFORE BE IT FURTHER RESOLVED, within 45-days, the new Officers shall register TAPA with the Florida SOS and the Internal Revenue Service (IRS), administrate for Pilots a TAPA deduction for dues and further review the Sec. 5 Bylaws and procedures to "clarify the governance necessary" to bring forward a TAPA or Company work product necessary for membership ratification.

PRESENTED to the Pilot membership for VOTE; this 24th day of May 2022.

Resolution *transmitted* for vote electronically; date: May 25, 2022.

s/s; file copy.

Tony BLESS Karl SEURING

**MEETING MINUTES**

Regular Meeting of Board of Pilot Representatives (BPR) called to order on 8/3/22 at 1053ET with Tony Bless, Vice President and Phil Gerding, *acting* Secretary Treasurer and Karl Seuring, President of 21 Air Pilot's Association, Inc (TAPA, Inc.).

**OLD BUSINESS**

**Committee Chairmen Agreed.** *Communications* – Tony Bless. *Jump Seat* – Armon Henry. *Negotiating* – Karl Seuring. *Payroll* – John Chabriel. Jim Scheidler – Professional Standards. *Safety* – Charles Casimir. *Scheduling* – Jeremy Martin. *Training* – Phil Gerding. *TAPA Committees; Open for volunteers.*

**Discussion of Resolutions 7, 8 & 9 Voting Results.**
Resolution 7, Forming Corporation, Dues & Elections. 26 Votes, Accept - 100% **PASS** May 30, 2022.
TAPA Election Results. 18 voting, Accept - 94% **PASS** Jun. 15, 2022. [K. Seuring, A. Bless & A. Saridakis]
Resolution 8, Amending Bylaws. 20 Voting, Accept - 85% **PASS** Jul. 24, 2022.
Resolution 9, Amending Bylaws. 17 Voting, Accept. - 71% **PASS** Aug. 2. 2022.
TAPA Incorporated as Corporation, State of Florida. Jul 12, 2022. Pilot dues Rate 1.5% to Aug. 1, 2023.

**Letters of Understanding.** Active **LOU 22-01** *Sick Leave Use*, **LOU 22-02_C** *CRM Leave* & **LOU 22-03** *May 1, Pilot email discussion with CEO Mike Mendez*, LOA as RLA Title II - Self-Help.

**Pay Restoration for Retention.** Agreed with Company, Capt. Jonny Salomonsen & Capt. Steve Veith.

**Seham, Seham, Meltz and Petersen, LLP.** White Plains, NY retained legal counsel; TAPA disputes.

**Home base Miami** area pilots - based pilots receive 21 Air duty rig, hotel & per diem on Miami Layovers. Discussion of agreement; to be included in Aug. 22 TAPA Newsletter.

**NEW BUSINESS**

**Dues Check Off Form.** prepared and presented to Company for Aug 15, 2022 withdrawals. Pilots notified via TAPA Telegram website and by Company to complete. Agency Shop provision for pilot election to auto deduct or for TAPA to invoice each month. Add $15 / pay period or $30 per month fee / each pilot for TAPA to invoice. Hold in Abeyance Management Pilot (MP) dues, pending further discussion. Dues 1.5% of gross mo. Salary, per industry standard. No dues on Expenses or Per Diem.

**Safety Management System (SMS) Compliance.** 14 CFR 5. Capt. Charles "Cass" Casmir, addresses non retaliatory reporting structure. SMS / CRM compliance, returning management pilots (MPs) to Line Operations. Address issue, "Never reviewed or hired as Line pilots." ie. artificially upgraded to Captain, LCA or Sim Instructors, absent line seasoning or industry experience. Demonstrated ability v. Simulator Check pilot; Emails & Letters to Capt. Dave Norgren.

**Phil Gerding Complaint.** Non-payment of Simulator instructor fees. Q1 & Q2 2022, Grievance prepared for presentation & discussion. Meeting and Discussions underway - with Capt. A . Tirri.

**Karl Seuring Complaint.** US Department of Labor, TAPA attorney Lee Seham drafted, reviewed and approved for filing by BPR. Discuss unlawful termination by CPO. Hold for Company notice and preview. Company to respond by COB, Friday, Aug 5. Subject to CPO further discussions, Case to file with DOL & FAA on Monday, Aug 8, 2022.

**Secretary Treasurer Nominations.** Opening Nominations, Aug. 8, for 3 year term. All pilots welcome to nominate candidates; currently Robert Purdy and acting S/T Phil Gerding. Nominations close Aug. 15, 2022. Voting August 22. Close of voting, Sept. 1, 2022. Majority rules.

**TAPA Duty Days** BPR President to provide active list of necessary time to DO, in accordance with CBA.
**TAPA Website** – Pilot volunteers needed to work. Current for Communications, Website Administrator.

**APPROVED**

Motion from BPR to accept Results of Resolutions 7, 8 & 9. Seuring / Gerding. All in favor & Approved.
Approval of OLD BUSINESS & NEW BUSINESS - action items. Gerding / Bless. All in favor & All Approved.

Accepted by BPD, Close of meeting Closed at 12:05EST. Moved - Bless / Second - Gerding.

s/s – Karl Seuring / Tony Bless / Phil Gerding.
Teleconference, 8/3/22; Meeting Closed 12:05EST



IN GOD WE TRUST

**EXHIBIT 8**

Letter of Intent Between
21 Air, LLC
And
The Pilots
In the service of
21 Air, LLC
As represented by the
21 Air Pilots Association

This letter of Intent set forth the agreement made and entered into in accordance with the provisions of Title II of the Railway Labor Act, as amended, by and between 21 Air, LLC, (hereinafter "the Company") and the Pilots in the service of 21 Air, LLC as represented by the 21 Air Pilots Association) hereinafter ("TAPA").

WHEREAS it is the intent of TAPA, as represented by Kyle R. Smith, President, Donna M. Engelbrecht, V ice-President, and Amir Anoshiravani, Secretary/Treasurer wish to remove all former Resolutions 1 thru 11 made by the previous representatives and any thereafter will be considered null and void.

Kyle R. Smith
President

Donna M. Engelbrecht
Vice-President

Amir Anoshiravani
Secretary/Treasurer

RX-23-1

**EXHIBIT 9**

IN THE COUNTY COURT OF THE
ELEVENTH JUDICIAL CIRCUIT, IN
AND FOR DADE COUNTY, FLORIDA

THE 21 AIR PILOTS ASSOCIATION, INC.

As Plaintiff.

CASE NO: ____________

AVIA INVESTMENTS, LLC;
MICHAEL MENDEZ, OLGA GUERRA, KYLE SMITH
and DONNA ENGELBRECHT individually,

As Defendants;

## DECLARATION OF CAPT. JONNY SALOMONSEN

I, Capt. Jonny Salomonsen, declares as follows:

1. I am employed as a B767 Captain for 21 Air, LLC and reside in Weston, Florida.
2. I attended recurrently pilot training in Miami, Florida at 21 Air, LLC contracted facilities.
3. On June 10, 2024, I was presented with a document by Ms. Donna Engelbrecht, while she was acting as a 21 Air pilot training instructor.
4. Ms. Engelbrecht placed the document in front of me and asked me to sign and convert my dues collected for the 21 Air Pilot's Association, Inc. over to TAPA, Inc.
5. I refused the conversion of my TAPA union dues, in accordance with my attached Dues Check Off (DCO) form.

Signed [signature] Notary Seal

State of Florida, County of Broward
Sworn and subscribed to before me by means of physical presence on this 5 day of September 2024 by Jonny Salomonsen
who presented Florida driver license
as identification [signature]

BEATRIZ GUDINO-CUAHC
MY COMMISSION #HH07
EXPIRES: DEC 15, 202
Bonded through 1st State Ins

JUAN FERNANDEZ-BARQUIN CLERK OF THE COURT AND COMPTROLLER MIAMI-DADE COUNTY, FLORIDA IN GOD WE TRUST

**DCO ADDENDUM A - ASSOCIATION DUES CHECK-OFF FORM**

Pilot Name JONNY SALOMONSEN Position CA Hire date 8-2-21

*Please initial One (1) option, below:*

1. ✓ I elect 1.5% of my Gross Pay to be deducted from each paycheck with **Full member privileges** in accordance with the Pilot's Collective Bargaining Agreement, Sec. 19.A and authorize the Company to upload my monthly Gross Pay information to a secure TAPA portal, by email.

2. ____ I elect 1.5% of my Gross Pay to be deducted from each paycheck for Member **Agency Shop fees** in accordance with the Pilot's Collective Bargaining Agreement, Sec. 19.B (*for* Management Pilots) and authorize the Company to upload my Pay information to a secure TAPA portal, by email.

3. ____ I elect to pay TAPA directly 1.5% of my Gross Pay for **Full-member privileges** under Sec. 19.A and authorize the Company to upload my monthly Pay information to a secure TAPA portal, by email. *Note - TAPA service fee of $15 for DCO transactions shall be added. Late fee is 1% of balance, per month.*

4. ____ I elect to pay TAPA directly 1.5% my Gross Pay to TAPA for Member **Agency Shop fees**, in accordance with the Collective Bargaining Agreement (CBA); Sec, 19.B and I authorize the Company to upload my monthly Pay information to a secure TAPA portal, by email. *Note - TAPA service fee of $15 for DCO transactions shall be added to each payment. Late fee is 1% of balance, per month.*

Pilot Signs [signature] Employee # 21214 Dated 3 AUG 22

Email - TAPA Js5462 swissmail.org Phone 7866691283

Internal ____ Notes ____

***Email & drop or mail:** humanresources@21air.us & tapafinance@gmail.com*

21 Air Pilot's Association, Inc.
Attn: TAPA Secretary / Treasurer
1055 Vandercar Way
Florence, KY 41042

Dues Checkoff 2023 PDF.pdf
PDF - 149 KB

Good Day Gents,
TAPA still has not received signed Dues Collection/Membership forms from you. Since 21 Air has renewed the contract with DHL, our requirement to have pilot representation is part of that contract. While you are not required to be a MEMBER of TAPA, you are required to at least be represented under agency shop fees. At this time Member and Agency Shop are the same fee for everyone. I would again encourage you to become a member as several of you have enjoyed the association looking out for you.
I have attached the DCO form in this email. Please fill it out on your PDF Expert on the iPad and sign and submit it.

Thank You for your prompt attention to this matter.

Warmest Regards,

Captain Kyle R. Smith
TAPA President
ksmith@21air.us
(505) 401-8445

JUAN FERNANDEZ-BARQUIN
CLERK OF THE COURT & COMPTROLLER
MIAMI-DADE COUNTY, FLORIDA
IN GOD WE TRUST

**EXHIBIT 10**

TAPA 240909

JUAN FERNANDEZ-BARQUIN
CLERK OF THE COURT & COMPTROLLER
MIAMI-DADE COUNTY, FLORIDA
IN GOD WE TRUST

Gmail

Karl Seuring <keseuring@gmail.com>

## TAPA Dues & Fees

**Karl Seuring** <keseuring@gmail.com> Mon, Oct 16, 2023 at 7:50 AM
To: "Harrison, W. Chris" <Chris.harrison@ogletree.com>
Cc: tony bless <tonybless@hotmail.com>, James Scheidler <JimScheidler@gmail.com>, "Jonathan A. Ewing" <ewing@aerolawcenter.com>
Bcc: tapamembers@gmail.com

Good Morning Attny. Chris Harrison,

GM Mr. Chris Harrison,

I am following up on your client's adverse actions for OALJ case # 2023-AIR-00005. Regarding TAPA dues collected and being withheld by 21Air, LLC. for the 21 Air Pilot's Association, Inc. (otherwise, TAPA), the attached Resolution #7 (Res. #7) shows that the business unit TAPA originally formed was within the 45-days of the pilots approving it.

On May 24, 2022, all 21Air's pilots eligible to vote (100% approval) confirmed Resolution #7 *before* Capt. Tony Bless, Mr. Andrew Saridakis, Capt. Phil Gerding and I ran as TAPA Officers. We then formed the 21Air Pilots Association, Inc. with the Florida Secretary of State's (SOS) office in Tallahassee. The 21Air Pilot's Association, Inc. had registered as a non-profit Florida Corporation ***within the 45-days required of Res. #7*** and I notified the IRS and NMB of TAPA's business unit.

Your client proceeded to recognize and treat an alternate business unit, apparently formed as TAPA, **Inc.** that was registered with the State of Florida on **Apr. 13, 2023.** This unit is not recognized as TAPA's legal bargaining entity, simply because it falls outside of the timeline voted on by 21 Air's pilots in Res. #7. There cannot be two (2) TAPAs. The attached exhibits show the formation of each business unit and the TAPA legal entity approved by 100% by the 21 Air pilots in Res. #7.

We believe the formation and activities of TAPA, Inc. have not conformed to the US Department of Labor (OLMS) rules for officer elections, contract amendments, voting or pilot dues collection. Its activities exclaim derivative liability for 21 Air's management participating in fraudulent activities.

TAPA, Inc. and its fraudulent election remain under investigation by the OLMS.

1. Please advise us the date when your client will wire transfer TAPA's collected dues to the 21 Air Pilot's Association, Inc. and into TAPA's established Wells Fargo account that Ms. Olga Guerra had vetted. These transfers are validated before ALJ Scott M. Morris in the Complainant's Amended Pleading. This latest accounting and transfer to the 21 Air Pilot's Association, Inc. would not be considered or admitted as any wrongdoing for your client, provided the transfer occurs before the MSD is filed by Tribunal.

2. Please advise when we can expect our contractual Agency Shop fees, entitled by the CBA under Sec. 19.B that are denied by Capt. David Norgren and subject to TAPA grievances. These fees will be necessary and are to be "made whole" to resolve negotiations with the OLMS and to settle OALJ case # 2023-AIR-00005.

I look forward to your call. We should discuss the plan to release the Motion for Summary Decision (MSD) on case # 2023-AIR-00005. Capt. Bless and Capt. Scheidler have been invited to participate in the above discussions with us, as well. Thank you.

***Vbrgds, Karl Seuring***

*TAPA President*
*206.669-8000 (m)*
*www.21air.org*

---

**4 attachments**

**Florida SOS.pdf**
190K

**TAPA Inc SOS.pdf**
183K

**Minutes BPR 220803_A.pdf**
601K

**TAPA Res 7_Final.pdf**
545K