# EXHIBIT B

Filing # 206434402 E-Filed 09/09/2024 11:15:16 AM

**EXHIBIT B**

**FORM 1.997. CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

---

**I. CASE STYLE**

IN THE CIRCUIT/COUNTY COURT OF THE ELEVENTH JUDICIAL CIRCUIT,
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

21 Air Pilots Association Inc
Plaintiff

Case # ______________
Judge ______________

vs.
Michael Mendez, Olga Guerra, Avia Investments LLC
Defendant

---

**II. AMOUNT OF CLAIM**

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐ $8,000 or less
☒ $8,001 - $30,000
☐ $30,001- $50,000
☐ $50,001- $75,000
☐ $75,001 - $100,000
☐ over $100,000.00

**III. TYPE OF CASE** (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.



A True Copy
Certification on Last Page
JUAN FERNANDEZ-BARQUIN
CLERK OF THE COURT AND COMPTROLLER
MIAMI-DADE COUNTY

**CIRCUIT CIVIL**

- ☐ Condominium
- ☐ Contracts and indebtedness
- ☐ Eminent domain
- ☐ Auto negligence
- ☐ Negligence—other
  - ☐ Business governance
  - ☐ Business torts
  - ☐ Environmental/Toxic tort
  - ☐ Third party indemnification
  - ☐ Construction defect
  - ☐ Mass tort
  - ☐ Negligent security
  - ☐ Nursing home negligence
  - ☐ Premises liability—commercial
  - ☐ Premises liability—residential
- ☐ Products liability
- ☐ Real Property/Mortgage foreclosure
  - ☐ Commercial foreclosure
  - ☐ Homestead residential foreclosure
  - ☐ Non-homestead residential foreclosure
  - ☐ Other real property actions

- ☐ Professional malpractice
  - ☐ Malpractice—business
  - ☐ Malpractice—medical
  - ☐ Malpractice—other professional
- ☐ Other
  - ☐ Antitrust/Trade regulation
  - ☐ Business transactions
  - ☐ Constitutional challenge—statute or ordinance
  - ☐ Constitutional challenge—proposed amendment
  - ☐ Corporate trusts
  - ☐ Discrimination—employment or other
  - ☐ Insurance claims
  - ☐ Intellectual property
  - ☐ Libel/Slander
  - ☐ Shareholder derivative action
  - ☐ Securities litigation
  - ☐ Trade secrets
  - ☐ Trust litigation

**COUNTY CIVIL**

- ☐ Small Claims up to $8,000
- ☒ Civil
- ☐ Real property/Mortgage foreclosure

☐ Replevins
☐ Evictions
 ☐ Residential Evictions
 ☐ Non-residential Evictions
☐ Other civil (non-monetary)

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order. Yes ☒ No ☐

**IV. REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☒ Nonmonetary declaratory or injunctive relief;
☒ Punitive

**V. NUMBER OF CAUSES OF ACTION: [ ]**
(Specify)

2

**VI. IS THIS CASE A CLASS ACTION LAWSUIT?**
☐ yes
☒ no

**VII. HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
☒ no
☐ yes If "yes," list all related cases by name, case number, and court.

**VIII. IS JURY TRIAL DEMANDED IN COMPLAINT?**
☒ yes
☐ no

**IX. DOES THIS CASE INVOLVE ALLEGATIONS OF SEXUAL ABUSE?**
☐ yes
☒ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: s/ Michael R Anello Fla. Bar # 10264
Attorney or party (Bar # if attorney)

Michael R Anello 09/09/2024
(type or print name) Date



STATE OF FLORIDA, COUNTY OF MIAMI-DADE
I HEREBY CERTIFY that the foregoing is a true and correct copy of the Original on file in this office 9-30 AD 20 24
LUIS G. MONTALDO, Clerk Ad Interim of Circuit and County Courts
Deputy Clerk

Filing # 206434402 E-Filed 09/09/2024 11:15:16 AM

**IN THE COUNTY COURT OF THE ELEVENTH JUDICIAL CIRCUIT, IN AND FOR DADE COUNTY, FLORIDA**

21 AIR PILOTS ASSOCIATION, INC.

Plaintiff; **CASE No:** ______________

AVIA INVESTMENTS, LLC, 21 AIR, LLC;
MICHAEL MENDEZ, OLGA GUERRA, KYLE SMITH
and DONNA ENGELBRECHT individually,

Defendants.

---

**COMPLAINT & DEMAND FOR JURY TRIAL**

Plaintiff, the 21 AIR PILOTS ASSOCATION ("Plaintiff"), through undersigned counsel, files this Complaint against Defendants, AVIA INVESTMENTS, LLC., 21 AIR, LLC., Mr. MICHAEL MENDEZ, Ms. OLGA GUERRA, Capt. KYLE SMITH and Ms. DONNA ENGELBRECHT individually ("Defendants") and, states as follows:

**COURT JURISDICTION AND VENUE**

1. This is an action for damages for more than NINE THOUSAND DOLLARS ($9,000.00) but less than the sum of FIFTY THOUSAND DOLLARS ($50,000.00), exclusive of costs, interest, any penalties and attorneys' fees. Accordingly, Plaintiff has entered, "$49,999.99" in the civil cover sheet for the "estimated amount of the claim" as required in the preamble to the civil cover sheet for jurisdictional purposes only. The actual value of Plaintiff s claim(s) will be determined by a fair and impartial jury in accordance with Article 1, Section 21, of the Florida State Constitution.

A True Copy
Certification on Last Page
JUAN FERNANDEZ-BARQUIN
CLERK OF THE COURT AND COMPTROLLER
MIAMI-DADE COUNTY

2. This Court has jurisdiction over Plaintiff s claims because, at all times material to this Complaint, Plaintiffs were employed by Co-Defendant, 21 AIR, LLC., which is owned by Co-Defendant, AVIA INVESTMENTS, LLC., and 21 AIR, LLC is a foreign registered LLC with corporate offices doing business in Doral, Florida.

3. The illegal conduct in this Complaint occurred within the judicial district in and for Miami-Dade County, Florida.

4. This is an action brought under Florida Common Law for Tortious Interference with Contract, and for Civil Theft and under chapter 772.11 of the Florida Statutes.

5. Declaratory, injunctive, legal, and equitable reliefs are sought pursuant to the laws set forth above together with attorney's fees, costs, penalties and damages.

## PARTIES

6. Plaintiff, the 21 PILOTS ASSOCIATION, INC., is incorporated in Dade County, Florida.

7. Defendant, AVIA INVESTMENTS, LLC., is registered under the laws of Texas with its principal place of business in Houston, TX.

8. Defendant, Mr. MICHAEL MENDEZ resides in Pembroke Pines, FL.

9. Defendant, Capt. KYLE SMITH resides in or about Tijeras, NM.

10. Defendant, Ms. DONNA ENGELBRECHT resides in Jacksonville Beach, FL.

11. Defendant, AVIA INVESTMENTS, LLC., owns AVIA ACQUISITIONS, LLC; which purchased and thus owns 21 AIR, LLC., that is doing business in Doral, FL.

12. Defendant Mr. MICHAEL MENDEZ was President or Chief Operating Officer at 21 AIR, LLC., and at all times relevant to this Complaint; and was charged with the primary responsibility for directing, managing, and otherwise overseeing and controlling same.

13. The 21 AIR PILOT'S ASSOCIATION, INC. (*hereinafter* referred to as "TAPA") is the exclusive and ONLY properly formed collective bargaining unit that had privity with the pilots at 21 AIR, LLC., at all times relevant to this Complaint. (*see* Plaintiff's Exhibit # 1).

14. Co-Defendants Capt. KYLE SMITH and Ms. DONNA ENGELBRECHT have and continue to tortiously interfere with TAPA. (*see* Plaintiff's Exhibit # 2).

15. They surreptitiously and fraudulently formed a new, similarly named Florida Corporation attempting to accomplish their objectives, hereinafter referred to as TAPA, Inc.

16. They began impersonating and acting as TAPA's officers in contacting the Pilots at 21 AIR, LLC in a collective-bargaining capacity. They did so without performing any of the required tasks and formalities in replacing a properly formed collective-bargaining unit.

17. Co-Defendants Mr. Mendez, Ms. Guerra, Capt. Smith, and Ms. Engelbrecht then conspired to steal approximately NINE THOUSAND DOLLARS ($9,000.00 U.S.) in collected dues monies rightfully belonging to TAPA and diverted that money to another, yet unknown account and / or blocked dues or fees controlled by Capt. SMITH and Ms. ENGELBRECHT, corporate officers of a fraudulent bargaining unit, TAPA, Inc. beginning in December 2022.

18. On or about May 8, 2024, the Co-defendants, 21 AIR, LLC., Mr. MICHAEL MENDEZ and Ms. OLGA GUERRA were properly noticed with a written demand letter as to the pilot dues taken above, as required in Florida Statute 772.11. Thirty (30) days have long-since passed, and no money was ever paid back. (*see* Plaintiff's Exhibit # 3)

19. Notice to the above and trial was attempted upon co-defendants Capt. SMITH and Ms. ENGELBRECHT, who may have attempted to evade service. (Plaintiff's Exhibit # 4)

20. On Mar. 26, 2024, Defendant Mr. MICHAEL MENDEZ admitted most or all of the facts listed above in # 18 as evidenced (*Tr. at 306, ln 2-6*) in the transcript of the trial, *ref.* OALJ # 2023-AIR-00005; *Seuring v. 21 Air, LLC.* (*see* Plaintiff's Exhibit #5).

**CONDITIONS PRECEDENT**

21. All conditions precedent to the bringing of this action, if any, have been performed, and this action is timely filed.

**STATEMENT OF THE ULTIMATE FACTS**

22. On Jan. 11, 2021, the National Mediation Board ("NMB") certified the "21 Air Pilot's Association" or "TAPA" as the duly authorized representatives for the 21 Air, LLC., pilots under the US Railway Labor Act ("RLA"). (*see* Plaintiff's Exhibit #6)

23. On Jan. 19, 2021, TAPA approved its first set of Bylaws governing the organization.

24. On Mar. 2, 2021, TAPA signed a Collective Bargaining Agreement ("CBA").

25. On Nov. 4, 2022, at a time when Co-Defendants were aware of the relationship between TAPA and its Members, they began interfering with the contractually protected labor relationship between TAPA and its membership. (*see* Plaintiff's Exhibit #7)

26. Co-defendants further interfered with TAPA by taking its collected dues money, blocking agency shop fees and changing its dues rate, previously agreed by the TAPA Bylaws.

27. Co-defendants were properly notified of TAPA's intent to recoup the pilot dues money and of the Civil Theft allegations *styled* against them as delineated in Florida Statute 772.11.

28. No dues or agency shop fees were ever returned to TAPA by any of the Co-defendants.

29. As of the date on this Complaint, TAPA, Inc. and 21 AIR, LLC., are still tortuously interfering with TAPA.

30. Plaintiff, on or about Mar. 3, 2023, has reported TAPA, Inc. to the United States Department of Labor, which as of the date on this Complaint has taken no action.

31. The damages committed against the Plaintiff and TAPA's members are still ongoing, as to the date listed on this Complaint. (*see* Plaintiff's Exhibit #8)

32. On Jun. 15, 2024, Ms. ENGLEBRECHT created or presented a document to convert TAPA dues money collected for TAPA to TAPA, Inc. and presented it before Capt. JONNY SALOMONSEN while he was in Miami for pilot training. (*see* Plaintiff's Exhibit #9).

## **COUNT I: TORTIOUS INTERFERENCE WITH CONTRACT**

**(as to all Defendants)**

32. Paragraphs 1 through 32 are re-alleged and incorporated herein by reference.

33. This count sets forth claims against AVIA INVESTMENTS, LLC. A Texas Corporation; doing business as 21 AIR, LLC., with Mr. MICHAEL MENDEZ, Ms. OLGA GUERRA, Capt. KYLE SMITH and Ms. DONNA ENGELBRECHT, individually for Tortious Interference with a Contract, under the common law of the State of Florida.

34. The agreements pertaining to Plaintiff's lawfully recognized collective-bargaining unit (TAPA) and its Constitution and Bylaws constitute a valid and enforceable contract.

35. Defendants unlawfully interfered with the agreements by impersonating TAPA's elected officers, stealing its dues and formulating a new organization; in an unlawful attempt to replace it.

36. Plaintiff has been damaged by Defendants' tortious interference with Plaintiff's agreements; as follows:

a. TAPA, Inc. has represented the interests of 21 Air management, but not its Members.

b. TAPA, Inc. has negotiated less-favorable agreements with company management as to salary and other working conditions and / or contractual benefits for the pilots, and:

38. Plaintiff is therefore entitled to compensatory damages in an amount sufficient to cover Plaintiff's dues and fees expectations, its interest and penalties due, as well as any consequential damages and legal fees incurred in its performance of the services rendered; on behalf of the Defendants.

39. TAPA as a result of the interference created by the Defendants has been unable to completely perform all of its functions in serving its members and was forced to hire counsel.

## COUNT II: CIVIL THEFT

**(as to all Defendants)**

40. Paragraphs 1 through 39 are re-alleged and incorporated herein by reference.

41. This count sets forth claims against AVIA INVESTMENTS, LLC., A Texas Corporation; doing business as 21 AIR, LLC., and Mr. MICHAEL MENDEZ, Ms. OLGA GUERRA, Capt. KYLE SMITH and Ms. DONNA ENGELBRECHT, individually, for Civil Theft under Chapter 772.11 of the Florida Statutes.

42. On or about Jan, 1st, 2023; Ms. OLGA GUERRA began diverting money collected and rightfully belonging to Complainant TAPA on the orders of then President and Co-Defendant Mr. MICHAEL MENDEZ into a separate account and distributed these funds to an account directed by Co-Defendants Capt. KYLE SMITH and Ms. DONNA ENGLEBRECHT.

43. This theft of dues and fees is ongoing, as of the time of this Complaint. The funds (approx. $9,000.00) were never returned to TAPA as its rightful owner.

44. Co-defendants Mr. MENDEZ and Ms. GUERRA were properly noticed of the Plaintiff's Civil Theft allegations, and Plaintiff's intent to seek triple damages (3x) in litigation with all penalties and fees.

45. Service of same was attempted on co-Defendants at 21 AIR, LLC for Capt. SMITH and Ms. ENGELBRECHT, albeit unsuccessfully. However, they may have evaded service for trial.

46. As a result of Defendants' theft and conversion, Plaintiff has had difficulty in collecting, representing and performing its duties for TAPA Members.

47. The circumstances are such that injustice can be avoided only by civil collection actions instituted by the Court against the above Defendants. (*see* Plaintiff's Exhibit #10).

**PRAYER FOR RELIEF**

WHEREFORE Plaintiff TAPA, demands judgment against Defendants, for the following:

a. That process issue and this Court take jurisdiction over this case;

b. That this Court grant equitable relief against Defendants under the applicable counts set forth above, mandating Defendants' obedience to the laws enumerated herein and providing other equitable relief to Plaintiff;

c. Enter judgment against Defendants and for Plaintiff awarding all legally-available general damages, compensatory damages, economic damages and liquidated damages to Plaintiff from Defendant for Defendant's violations of law enumerated herein;

d. Enter judgment against Defendants and for Plaintiff permanently enjoining Defendants from future violations of law enumerated herein;

e. Enter judgment against Defendants and for Plaintiff awarding Plaintiff attorney's fees and costs;

f. Award Plaintiff the penalties and interest where appropriate; and remedy TAPA representation from tortious interference by Capt. KYLE SMITH and Ms. DONNA ENGELBRECHT.

g. Grant such other further relief to collect all outstanding dues and fees and return these to the 21 AIR PILOT'S ASSOCIATION, Inc.

h. Order TAPA, Inc. to be dissolved in accordance with the regulatory statutes afforded in the TAPA Bylaws and its amendments.

i. Notify required Florida certifying accounting agencies for irrevocable disciplinary action for the civil theft of Ms. OLGA GUERRA.

**JURY DEMAND**

Plaintiff requests a trial by jury on all issues so triable. Dated this 9th day of September 2024.

Respectfully submitted,

***S/S Michael R. Anello***

ATTORNEY FOR PLAINTIFF
Michael R. Anello, *Esq.*
Florida Bar # 10264
11565 17th Lane North, Unit 1607
St. Petersburg, FL. 33716
MikeAnelloSting12@gmail.com
Telephone (727) 465-6080

STATE OF FLORIDA, COUNTY OF MIAMI-DADE
I HEREBY CERTIFY that the foregoing is a true and correct copy of the Original on file in this office 9-30 AD 2024
LUIS G. MONTALDO, Clerk Ad interim of Circuit and County Courts
Deputy Clerk [signature] 9691

## EXHIBITS


| No. | Title of Document | Page |
|---|---|---|
| 1 | Incorporation of 21 Air Pilot's Association, Inc; State of Florida | 11 |
| 2 | Alleged recall of TAPA Corporate officers | 13 |
| 3 | Demand Letter, Theft of TAPA Dues; Attny. Michael Anello | 15 – 16 |
| 4 | K. Smith & D. Englebrecht Subpoenas; OALJ case # 2023-AIR-00005 | 18 – 19 |
| 5 | Trial Transcript Excerpts, # 2023-AIR-00005; Mr. Mike Mendez | 21 – 24 |
| 6 | Jan. 11, 2021; National Mediation Board Certification ("NMB") | 26 – 27 |
| 7 | TAPA Resolutions, #9, #8 & #7 & Membership Voting Results | 29 – 33 |
| 8 | TAPA, Inc. alleges to cancel all previous TAPA Resolutions | 35 |
| 9 | Capt. Jonny Salomonsen, Affidavit; Dues & Fee Conversion | 37 – 39 |
| 10 | Oct. 16, 2022; Pre-Trial Email; Attny. Chris Harrison | 41 – 42 |


JUAN FERNANDEZ-BARQUIN CLERK OF THE COURT & COMPTROLLER MIAMI-DADE COUNTY, FLORIDA IN GOD WE TRUST

**EXHIBIT 1**

**2024 FLORIDA NOT FOR PROFIT CORPORATION ANNUAL REPORT**

**FILED**
**Mar 02, 2024**
**Secretary of State**
**1243372095CC**

DOCUMENT# N22000008125

**Entity Name:** 21 AIR PILOTS ASSOCIATION, INC.

**Current Principal Place of Business:**

3650 NW 82ND AVE
DORAL, FL 33166

**Current Mailing Address:**

1055 VANDERCAR WAY
FLORENCE, KY 41042 US

**FEI Number:** 88-3333173

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

BLESS, CHARLES A
7725 GREENBORO DRIVE
MELBOURNE, FL 32904 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: ______________________________

Electronic Signature of Registered Agent — Date

**Officer/Director Detail :**

| | |
|---|---|
| Title | P |
| Name | SEURING, KARL E |
| Address | 721 4TH AVE<br>POB 2221 |
| City-State-Zip: | KIRKLAND WA 98083 |

| | |
|---|---|
| Title | VP |
| Name | BLESS, CHARLES A |
| Address | 7725 GREENBORO DRIVE |
| City-State-Zip: | MELBOURNE FL 32904 |

| | |
|---|---|
| Title | S&T |
| Name | SCHEIDLER, JAMES |
| Address | 721 4TH AVE<br>POB 2221 |
| City-State-Zip: | KIRKLAND WA 98083 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 617, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: KARL SEURING — PRESIDENT — 03/02/2024

Electronic Signature of Signing Officer/Director Detail — Date

JUAN FERNANDEZ-BARQUIN CLERK OF THE COURT & COMPTROLLER MIAMI-DADE COUNTY, FLORIDA IN GOD WE TRUST

**EXHIBIT 2**

Gmail [redacted]

## Fwd: Recall Vote of Current TAPA Board Members

[redacted] [redacted]

---

**From:** Donna Engelbrecht <dengelbrecht@21air.us>
**Sent:** Monday, November 28, 2022 12:19 PM
**To:** Wilhoit, Roger <rwilhoit@21air.us>; Ismail, Amhad <aismail@21air.us>; Pardo, Samuel <spardo@21air.us>; Melo, German <gmelo@21air.us>; Ladas, Kevin <kladas@21air.us>; Casimir, Charles <ccasimir@21air.us>; Pritchett, Martin <mpritchett@21air.us>; Salomonsen, Jonny <jsalomonsen@21air.us>; Smith, Kyle <ksmith@21air.us>; Boni, Kenneth <kboni@21air.us>; Veith, Stephen <sveith@21air.us>; Charles Bless <cbless@21air.us>; Robert Purdy <rpurdy@21air.us>; Anoshiravani, Amir <aanoshiravani@21air.us>; james scheidler <jscheidler@21air.us>; Jeremy Martin <jmartin@21air.us>; Zaki Alzghol <zalzghol@21air.us>; Timothy Christian <TChristian@21air.us>; Joel A. Hammons <jhammons@21AIR.US>; Ian Masson <imasson@21AIR.US>
**Cc:** Moreno, Hector <hmoreno@21air.us>; Henry, Armon <ahenry@21air.us>; Wubishet, Melaku <mwubishet@21air.us>; Gebremedhin, Gedion <ggebremedhin@21air.us>; Petersen, Steven <spetersen@21air.us>; Krekan, Milan <mkrekan@21air.us>; Roberto Manzanares <rmañzanares@21air.us>; Juan Chabriel <jchabriel@21air.us>; Akiyos Abebe <AAbebe@21air.us>; Daniel Sanchez <dsanchez@21air.us>; Donna Engelbrecht <dengelbrecht@21air.us>; Darren Kossen <DKosser@21air.us>; Ricardo V. Molina <rvazquez@21air.us>; Luis Vargas Sandoval <lvargas@21AIR.US>; Claudio La Franca <clafranca@21AIR.US>; Jesus E. Rojas <jrojas@21AIR.US>; Jesus A Giraldo <JGiraldo@21AIR.US>; Juan Camacho <jcamacho@21AIR.US>
**Subject:** Recall Vote of Current TAPA Board Members

Please open the attachment below to vote.

Remember, YOUR VOTE counts!

https://s.surveyplanet.com/881t3xid




### Recall of TAPA Board Members

Recent surveys of the pilots of 21 Air, LLC have concluded that a recall of the TAPA board members is in order. Pilots that have not completed IOE are not eligible to vote. In order to vote please insert your company email address below. Your voice is important. Voting will stay open until December

s.surveyplanet.com

Use your company email to access the voting platform.

**EXHIBIT 3**

JUAN FERNANDEZ-BARQUIN
CLERK OF THE COURT & COMPTROLLER
MIAMI-DADE COUNTY, FLORIDA
IN GOD WE TRUST

***Michael Anello, Esq.***

PO Box 25
St. Petersburg, Florida
(727) 465-6080

May 8, 2024

Capt. Kyle Smith
President, TAPA, Inc.
C/O 21 Air, LLC
3650 NW 82 Ave, Suite 407
Doral, FL 33166

Email: ksmith@21air.us.com
US Certified Mail & Legal Service

Dear Capt. Smith:

This office represents the 21 Air Pilot's Association, Inc. ("TAPA") which is the exclusive federally-recognized collective bargaining unit for pilots at 21 Air, LLC. This is in regards to your organization's failure to return union dues for TAPA used for collective bargaining purposes taken from the paychecks of its individual members by 21 Air's payroll department. We understand these funds was taken from dues paying TAPA members between December 2022 and February 2023.

The total of those funds is approximately **NINE-THOUSAND FIVE HUNDRED DOLLARS (USD $ 9,500.00)** plus interest and fees. I have identified you as one of the people who received this money – and diverted it to some (as of yet) unknown place. These funds were never received by the 21 Air Pilot's Association, Inc. and the rightful owners of this dues money have never received it.

We can only conclude that you started receiving the collected dues in December 2022 without the permission of TAPA members. Their efforts to recoup that money have been unsuccessful - thus leaving these pilots no choice but to enlist my help.

In accordance with ***Florida Statutes, Section 68.065*** we are providing you with the following statutory notice and demand for payment:

You are hereby notified that your continued unlawful retention of the approximate sum of NINE – THOUSAND FIVE HUNDRED DOLLARS (US $9,500.00) constitutes civil theft in the State of Florida. Pursuant to Florida law, you have thirty (30) days from receipt of this notice to tender payment in cash of the full amount of the transfer plus a service charge of four percent (4%) and accumulated interest, the total amount due being **TEN-THOUSAND EIGHT HUNDRED US DOLLARS (US $10,800.00).**

JUAN FERNANDEZ-BARQUIN CLERK OF THE COURT & COMPTROLLER MIAMI-DADE COUNTY, FLORIDA IN GOD WE TRUST

Unless this amount is **paid in full within the 30-day period,** the rightful owners of that money may file a civil action lawsuit against you and an injunction of further dues collection for three (3X) times the amount of these funds, in addition to the payment of the funds, plus any court costs, reasonable attorney fees, and any bank fees incurred by the payee in taking the action.

Please be further advised that if your actions are ever reviewed by local law enforcement - what we suspect you have done may be considered *Embezzlement.* There are criminal charges which may be filed by the State of Florida pursuant to ***Florida Statute 812.04*** that require notice to the FAA.

Your actions may have also violated one or more sections of the Railway Labor Act ("RLA"), since taking TAPA dues and denying Agency Shop money due in accordance with the Collective Bargaining Agreement ("CBA") and not returning it *directly interfered with* and / or obstructed, and / or frustrated the efforts of the lawful collective bargaining unit inside 21 Air ("TAPA").

We have information that shows you knew what this money was for, you knew when the deductions were to happen, and you knew when the deductions stopped being delivered to TAPA and where that dues money went. Your denial of the dues and Agency Shop fees harms the 21 Pilot's Association.

The *bottom-line* is:

1. You must return all of the TAPA dues money taken from TAPA during those dates and return it to TAPA, and you must do it in the next 30 days.

2. The Dues Check Off ("DCO") and Agency Shop fee program has been previously established for the 21 Air Pilot's Association, which is the NMB recognized bargaining unit for the 21 Air pilots.

I urge you to immediately advance these taken funds or, tell your attorney where this money is and make immediate arrangements to pay all sums due, to avoid the necessity of any further legal action and costs against you and your company.

Regards,

***s/s Michael R. Anello***

Attny. Michael R. Anello, Esq.
Florida Bar # 10264
cc: Capt. Karl Seuring
Mr. Michael Mendez
Mr. W. Chris Harrison
TAPA file.

Attachments

JUAN FERNANDEZ-BARQUIN CLERK OF THE COURT & COMPTROLLER MIAMI-DADE COUNTY, FLORIDA IN GOD WE TRUST

**EXHIBIT 4**

JUAN FERNANDEZ-BARQUIN
CLERK OF THE COURT & COMPTROLLER
MIAMI-DADE COUNTY, FLORIDA
IN GOD WE TRUST

# United States Department of Labor
# OFFICE OF ADMINISTRATIVE LAW JUDGES

In Re:

KARL E. SEURING

(Plaintiff/Complainant/Claimant)

v.

21 AIR, LLC

(Defendant/Respondent/Employer/Carrier)

OALJ Case No: 2023-AIR-00005

## SUBPOENA TO APPEAR AND TESTIFY AT A HEARING

To: Capt. Kyle Smith

Address 17 Velma Drive

City Tijeras State NM Zip Code 87959

**YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a formal hearing in the above captioned proceeding. When you arrive, you must remain at the location of the proceeding until the judge or a court officer allows you to leave. If you are an organization that is not a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

Place of Testimony: FAA Pacific NW Headquarters
220-16th St. South
Conf. Rm. # IN-485
Des Moines, WA 98198

Date: 3/25-29 2024

Time: 0830 PST

**YOU MUST ALSO BRING WITH YOU** the following documents, electronically stored information, or objects (blank if not applicable):

Two (2) forms of photo identification such as a Driver's License and Passport.

The provisions of Code of Federal Regulations (CFR) 29 C.F.R. §§18.56(c) and 18.52(a), relating to your protection as a person subject to a subpoena, and 29 CFR §§18.56(d) and 18.56(e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

This subpoena is issued upon the application of (indicate attorney/representative for named party):

(Person requesting subpoena)

Name Michael Anello

Bar Number 10264 (FL) 15007 (NV)

Phone Number 7274656080

(Address and Telephone Number)

Firm Name Michael Anello, Esquire

Address 735 N. Arlington Ave., Suite 303

City St. Petersburg

State FL Zip Code 33701

**If this subpoena commands the production of documents, electronically stored information, or tangible things, a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. 29 C.F.R. §18.56(b)**

IN WITNESS WHEREOF the undersigned United States Department of Labor Administrative Law Judge has digitally signed this subpoena.

SCOTT MORRIS Digitally signed by SCOTT MORRIS Date: 2024.02.09 09:19:36 -05'00'

Signature of U.S. Administrative Law Judge

JUAN FERNANDEZ-BAROUIN CLERK OF THE COURT & COMPTROLLER MIAMI-DADE COUNTY, FLORIDA IN GOD WE TRUST

DEPARTMENT OF LABOR UNITED STATES OF AMERICA

# United States Department of Labor
# OFFICE OF ADMINISTRATIVE LAW JUDGES

In Re:

KARL E. SEURING

(Plaintiff/Complainant/Claimant)

v.

21 AIR, LLC

OALJ Case No: 2023-AIR-00005

(Defendant/Respondent/Employer/Carrier)

## SUBPOENA TO APPEAR AND TESTIFY AT A HEARING

To: Ms. Donna Engelbrecht

Address 6 Fairway Road

City Jacksonville Beach State FL Zip Code 32250

**YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a formal hearing in the above captioned proceeding. When you arrive, you must remain at the location of the proceeding until the judge or a court officer allows you to leave. If you are an organization that is not a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

Place of Testimony: FAA Pacific NW Headquarters
220-16th St. South
Conf. Rm. # IN-485
Des Moines, WA 98198

Date: 3/25-29 2024

Time: 0830 PST

**YOU MUST ALSO BRING WITH YOU** the following documents, electronically stored information, or objects (blank if not applicable):

Two (2) forms of photo identification such as a Driver's License and Passport.

The provisions of Code of Federal Regulations (CFR) 29 C.F.R. §§18.56(c) and 18.52(a), relating to your protection as a person subject to a subpoena, and 29 CFR §§18.56(d) and 18.56(e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

This subpoena is issued upon the application of (indicate attorney/representative for named party):

(Person requesting subpoena)

Name Michael Anello
Bar Number 10264 (FL) 15007 (NV)
Phone Number 7274656080

(Address and Telephone Number)

Firm Name Michael R. Anello, Esq.
Address 735 N Arlington Ave., Suite 303
City St. Petersburg
State FL Zip Code 33701

**If this subpoena commands the production of documents, electronically stored information, or tangible things, a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. 29 C.F.R. §18.56(b)**

IN WITNESS WHEREOF the undersigned United States Department of Labor Administrative Law Judge has digitally signed this subpoena.

SCOTT MORRIS Digitally signed by SCOTT MORRIS Date: 2024.02.09 08:48:42 -05'00'

Signature of U.S. Administrative Law Judge

JUAN FERNANDEZ-BARQUIN CLERK OF THE COURT & COMPTROLLER MIAMI-DADE COUNTY, FLORIDA IN GOD WE TRUST

DEPARTMENT OF LABOR UNITED STATES OF AMERICA

**EXHIBIT 5**

**UNITED STATES DEPARTMENT OF LABOR**
**OFFICE OF ADMINISTRATIVE LAW JUDGES**

In the Matter of:

| | | |
|---|---|---|
| KARL E. SEURING, | ) | |
| | ) | |
| Complainant, | ) | |
| v. | ) | Case No.: 2023-AIR-00005 |
| | ) | OSHA Case No.: 301002429 |
| 21 AIR, LLC, | ) | |
| | ) | |
| Respondent. | ) | |

Joint Base Lewis McChord
101 Col. Joe Jackson Blvd.
Suite 3053
JBLM, Washington 98438

Tuesday,
March 26, 2024

The above-entitled matter came on for hearing pursuant to notice, at 9:00 a.m.

BEFORE: SCOTT R. MORRIS
Administrative Law Judge

**Bayley Reporting, Inc.**
**(727)585-0600**

JUAN FERNANDEZ-BARQUIN
CLERK OF THE COURT & COMPTROLLER
MIAMI-DADE COUNTY, FLORIDA
IN GOD WE TRUST

things, it says the union leadership is requesting a temporary stop in dues, correct?

A Yes.

Q And it says they want a chance to review the financial records and dues collected from the previous TAPA board. Did you comply with this?

A Yes, we did.

MR. HARRISON: We'd ask that 24 be admitted.

(Whereupon, the documents referred to were marked for identification as Respondent's Exhibit 24.)

MR. ANELLO: No objection.

JUDGE MORRIS: All right. RX-24 is admitted.

(Whereupon, the documents marked for identification as Respondent's Exhibit 20 were admitted into evidence.)

BY MR. HARRISON:

Q Exhibit 25, is this an email from Donna Engleberg saying (Indiscernible)? Did you get copied on this email?

A Yes, I did.

Q Okay, on March 6, 2023?

A Yes.

Q And Ms. Engleberg is requesting payroll data and deductions that had been previously made for pilot dues?



JUAN FERNANDEZ-BARQUIN CLERK OF THE COURT & COMPTROLLER MIAMI-DADE COUNTY, FLORIDA IN GOD WE TRUST

A Yes.

Q And at this time, was the company holding the money aside for that?

A Yes, it was. Any money that had previously been collected was identified and we have it logged and it would be (Indiscernible) from TAPA.

Q And if you'll turn to 25.

JUDGE MORRIS: It is 25.

MR. HARRISON: 26.

JUDGE MORRIS: Are you offering 25?

MR. HARRISON: I'm offering 25.

(Whereupon, the documents referred to were marked for identification as Respondent's Exhibit 25.)

MR. ANELLO: No objection.

JUDGE MORRIS: All right. RX-25 is admitted.

(Whereupon, the documents marked for identification as Respondent's Exhibit 25 were admitted into evidence.)

BY MR. HARRISON:

Q Turn to 26, please. Is this an email from Donna Engleberg to you dated July 25, 2023?

A Yes.

Q And in sort of indicates the bank account



JUAN FERNANDEZ-BARQUIN CLERK OF THE COURT & COMPTROLLER MIAMI-DADE COUNTY, FLORIDA IN GOD WE TRUST

information and that sort of thing where the pilot would use for deposit?

A Correct.

Q Did you comply with the TAPA leadership's request.

A Yes, we did. We sent all of the back fees that we had in the account that we had been holding.

JUDGE MORRIS: Are you offering 26?

MR. HARRISON: Sorry. Offering 26.

(Whereupon, the documents referred to were marked for identification as Respondent's Exhibit 26.)

MR. ANELLO: No objection.

JUDGE MORRIS: I'll note that 26 has confidential (Indiscernible) from my previous caution. That has no meaning to me. This is now a public record unless you specifically make a motion to try and prevent the public from having access to it.

MR. HARRISON: The original had bank account information which had been redacted.

JUDGE MORRIS: And again, for any of these exhibits, I'm operating under the assumptions that you complied with my rule from protecting PII from them if you have not go back and check to make sure that's done. In this day and age, that's something that we need to be



JUAN FERNANDEZ-BARQUIN CLERK OF THE COURT & COMPTROLLER MIAMI-DADE COUNTY, FLORIDA IN GOD WE TRUST

**EXHIBIT 6**

**NATIONAL MEDIATION BOARD**
WASHINGTON, DC 20572

(202) 692-5000

| In the Matter of the<br>REPRESENTATION OF EMPLOYEES<br>of<br>21 AIR, LLC<br>Pilots | 48 NMB No. 10<br>CASE NO. R-7559<br>CERTIFICATION<br>January 11, 2021 |
|---|---|

The services of the National Mediation Board (Board) were invoked by 21 Air Pilots Association (TAPA) on November 30, 2020 to investigate and determine who may represent for the purposes of the Railway Labor Act (RLA), as provided by Section 2, Ninth, thereof, personnel described as "Pilots," employees of 21 Air, LLC (Carrier).

At the time this application was received, these employees were unrepresented.

The Board assigned Investigator Josie G.M. Bautista to investigate.

FINDINGS

The investigation disclosed that a majority of eligible employees in the craft or class had signed authorization cards which authorize TAPA to represent them for the purposes of the RLA.

The investigation further disclosed that the Carrier did not object to representation of the craft or class by TAPA.



JUAN FERNANDEZ-BARQUIN CLERK OF THE COURT & COMPTROLLER MIAMI-DADE COUNTY, FLORIDA IN GOD WE TRUST

48 NMB No. 10

The following is the result of the Check of Validity of the employees' signatures as reported by Investigator Bautista.

| Number of Employees Signing Authorizations | |
|---|---|
| Eligible Employees | 20 |
| Valid Authorizations | 15 |

The Board further finds that: the Carrier and employees in this case are, respectively, a Carrier and employees within the meaning of the RLA, as amended; this Board has jurisdiction over the dispute involved herein; and the interested parties, as well as the Carrier, were given due notice of the Board's investigation.

CERTIFICATION

NOW, THEREFORE, in accordance with Section 2, Ninth, of the RLA, as amended, and based upon its investigation pursuant thereto, the Board certifies that the 21 Air Pilots Association has been duly designated and authorized to represent for the purposes of the RLA, as amended, the craft or class of Pilots, employees of 21 Air, LLC, its successors and assigns.

By direction of the NATIONAL MEDIATION BOARD.

Maria-Kate Dowling

Maria-Kate Dowling
Acting General Counsel



JUAN FERNANDEZ-BARQUIN CLERK OF THE COURT & COMPTROLLER MIAMI-DADE COUNTY, FLORIDA IN GOD WE TRUST

**EXHIBIT 7**

**TAPA RESOLUTION 9** **CONSTITUTION & BYLAWS AMENDMENT**

Maker **BLESS, A** Second **GERDING, P**

WHEREAS, the 21 Air, LLC. pilots (herein, Pilots) are organized and offer services under the 21 Air Pilot's Association (TAPA) Constitution and Bylaws and a Collective Bargaining Agreement (CBA) with the Company.

WHEREAS, the TAPA pilots voted for dues assessment in accordance Resolution #7 and #8.

WHEREAS, the Board of Pilot Representatives (BPR) has determined from Aug. 15, 2022 to Aug. 15, 2023, a dues rate of 1.5% (0.015) of a 21 Air pilot's gross income is necessary to fund the basic operating expenses of the Association.

THEREFORE BE IT RESOLVED, the following Second amendment to the TAPA Constitution and Bylaws is proposed to Article II, Membership, Sec. 3 & 4; as necessary to amend and conform CBA Sec. 19.B "Dues Check Off (DCO)" program for "Agency Shop."

Article II, Membership, Sec. 3, par.1, DUES; *to add*:

> TAPA may institute dues ***"for all qualified pilots"*** if the majority of the Board of Pilot Representatives makes such a recommendation, and such recommendation is approved by the majority of the votes cast by members voting in such a referendum.

Article II, Membership, Sec. 4, par. 6, MEMBER RIGHTS AND OBLIGATIONS; (p.5) *to add*:

> Apprentice, ***"Management Pilots"*** and inactive members in good standing shall enjoy all the benefits of active membership except the privileges of voting, holding elected office, holding committee positions, and participating in Association sponsored programs where specific requirements, ***"such as TAPA representation"*** prohibit such participation.

PRESENTED to membership for ratification; in accordance with Article VI, this 28th day of July 2022.

Resolution *transmitted* for vote electronically; date: July 28, 2022.

s/s; file copy.

Tony BLESS Phil GERDING

JUAN FERNANDEZ-BARQUIN CLERK OF THE COURT & COMPTROLLER MIAMI-DADE COUNTY, FLORIDA IN GOD WE TRUST

**TAPA RESOLUTION 8** **CONSTITUTION & BYLAWS AMENDMENT**

Maker __**GERDING, P**__ Second __**BLESS, C**__

WHEREAS, the 21 Air, LLC. pilots (herein, Pilots) are organized and offer services under the 21 Air Pilot's Association (TAPA) Constitution and Bylaws.

WHEREAS, effective July 12, 2022, the TAPA Board of Pilot Representatives has formed the 21 Air Pilot's Association, Inc. with the State of Florida's Secretary of State's (SOS) office, as a Florida Non-Profit Corporation.

THEREFORE BE IT RESOLVED, the following INITIAL amendments to Article I, General & Article III, Officers and Board of Pilot Representatives are necessary to the TAPA Constitution and Bylaws;

Article I, General, Sec. 7, OBJECTIVES OF TAPA; *to add*:

> To operate ***"and fund"*** a non-profit, employee-representing Association, ***"in accordance with IRS Sec 501(c)5."***

Article III, Officers and Board of Pilot Representatives, Sec. 2, ELECTIONS OF OFFICERS; *to add*:

> ***"Two (2) of the three (3) pilots elected, acting for, or appointed as TAPA Officers to the Board of Pilot Representatives must be pilots that have bid and flown from the 21 Air pilot seniority list."*** An Officer who retires during his / her term of office shall vacate that office automatically upon retirement.

THEREFORE, BE IT FURTHER RESOLVED, that TAPA is an *independent* non-profit Florida Corporation and is subject to election and appointed voting rights of its members and the Board of Pilot Representatives.

PRESENTED to membership for ratification; in accordance with Article VI, this 20th day of July 2022.

Resolution *transmitted* for vote electronically; date: July 20, 2022.

s/s; file copy.

Phil GERDING Tony BLESS

JUAN FERNANDEZ-BARQUIN CLERK OF THE COURT & COMPTROLLER MIAMI-DADE COUNTY, FLORIDA IN GOD WE TRUST

**TAPA RESOLUTION 7** **ELECTIONS & REGISTRATION**

Maker **BLESS, C** Second **SEURING, K**

WHEREAS, the 21 Air, LLC. pilots (*herein,* Pilots) are organized by the Twenty-One Air Pilot's Association (TAPA) under a Twenty-One Air Pilot Working Agreement (TAPWA) otherwise, a Collective Bargaining Agreement (CBA) to regulate a process for discussion, exchanges, growth and revisions and to safely operate Boeing 767 transport category aircraft (*collectively,* for the Company) in revenue cargo service.

WHEREAS, the 21 Air Pilot's Collective Bargaining Agreement (CBA) was agreed by the Management of 21 Air, LLC. (*the* Company) on Mar. 2, 2021; for Pilots to conduct supplemental air cargo operations.

WHEREAS, the State of Florida Secretary of State's (SOS) office requires non-profit Corporations such as the Twenty-One Air Pilot Association (TAPA) to register under Florida Statute s.617.0202 and provide a registered agent with a mailing address under s.617.0501 and; the Internal Revenue Service (IRS) requires each IRS 501(c)(5) non-profit to disclose record keeping for US federal tax filing purposes.

WHEREAS, the Pilots have been presented with the Company's Letter of Approval (LOA) that requests the TAPA President to authorize the Company's recent pay raises, medical and 401K packages.

WHEREAS, the signing of the Company's LOA, absent registration of TAPA with the State of Florida's SOS and the IRS has placed TAPA's acting President in the *unprecedented position* of assuming personal liability for the LOA that triggered his resignation.

THEREFORE BE IT RESOLVED, that Pilots receive but include further discussion on the Company's recent improvements of pay and benefits and, *set-aside* the vote of April 25, 2022 "to Accept" and immediately call for TAPA Officer nominations and elections of President, Vice President and Secretary-Treasurer.

THEREFORE BE IT FURTHER RESOLVED, within 45-days, the new Officers shall register TAPA with the Florida SOS and the Internal Revenue Service (IRS), administrate for Pilots a TAPA deduction for dues and further review the Sec. 5 Bylaws and procedures to "clarify the governance necessary" to bring forward a TAPA or Company work product necessary for membership ratification.

PRESENTED to the Pilot membership for VOTE; this 24th day of May 2022.

Resolution *transmitted* for vote electronically; date: May 25, 2022.

s/s; file copy.

Tony BLESS Karl SEURING

**MEETING MINUTES**

Regular Meeting of Board of Pilot Representatives (BPR) called to order on 8/3/22 at 1053ET with Tony Bless, Vice President and Phil Gerding, *acting* Secretary Treasurer and Karl Seuring, President of 21 Air Pilot's Association, Inc (TAPA, Inc.).

**OLD BUSINESS**

**Committee Chairmen Agreed.** *Communications* – Tony Bless. *Jump Seat* – Armon Henry. *Negotiating* – Karl Seuring. *Payroll* – John Chabriel. Jim Scheidler – Professional Standards. *Safety* – Charles Casimir. *Scheduling* – Jeremy Martin. *Training* – Phil Gerding. *TAPA Committees; Open for volunteers.*

**Discussion of Resolutions 7, 8 & 9 Voting Results.**
Resolution 7, Forming Corporation, Dues & Elections. 26 Votes, Accept - 100% **PASS** May 30, 2022.
TAPA Election Results. 18 voting, Accept - 94% **PASS** Jun. 15, 2022. [K. Seuring, A. Bless & A. Saridakis]
Resolution 8, Amending Bylaws. 20 Voting, Accept - 85% **PASS** Jul. 24, 2022.
Resolution 9, Amending Bylaws. 17 Voting, Accept. - 71% **PASS** Aug. 2. 2022.
TAPA Incorporated as Corporation, State of Florida. Jul 12, 2022. Pilot dues Rate 1.5% to Aug. 1, 2023.

**Letters of Understanding.** Active **LOU 22-01** *Sick Leave Use*, **LOU 22-02_C** *CRM Leave* & **LOU 22-03** *May 1, Pilot email discussion with CEO Mike Mendez*, LOA as RLA Title II - Self-Help.

**Pay Restoration for Retention.** Agreed with Company, Capt. Jonny Salomonsen & Capt. Steve Veith.

**Seham, Seham, Meltz and Petersen, LLP.** White Plains, NY retained legal counsel; TAPA disputes.

**Home base Miami** area pilots - based pilots receive 21 Air duty rig, hotel & per diem on Miami Layovers. Discussion of agreement; to be included in Aug. 22 TAPA Newsletter.

**NEW BUSINESS**

**Dues Check Off Form.** prepared and presented to Company for Aug 15, 2022 withdrawals. Pilots notified via TAPA Telegram website and by Company to complete. Agency Shop provision for pilot election to auto deduct or for TAPA to invoice each month. Add $15 / pay period or $30 per month fee / each pilot for TAPA to invoice. Hold in Abeyance Management Pilot (MP) dues, pending further discussion. Dues 1.5% of gross mo. Salary, per industry standard. No dues on Expenses or Per Diem.



JUAN FERNANDEZ-BARQUIN CLERK OF THE COURT & COMPTROLLER IN GOD WE TRUST

**Safety Management System (SMS) Compliance.** 14 CFR 5. Capt. Charles "Cass" Casmir, addresses non retaliatory reporting structure. SMS / CRM compliance, returning management pilots (MPs) to Line Operations. Address issue, "Never reviewed or hired as Line pilots." ie. artificially upgraded to Captain, LCA or Sim Instructors, absent line seasoning or industry experience. Demonstrated ability v. Simulator Check pilot; Emails & Letters to Capt. Dave Norgren.

**Phil Gerding Complaint.** Non-payment of Simulator instructor fees. Q1 & Q2 2022, Grievance prepared for presentation & discussion. Meeting and Discussions underway - with Capt. A . Tirri.

**Karl Seuring Complaint.** US Department of Labor, TAPA attorney Lee Seham drafted, reviewed and approved for filing by BPR. Discuss unlawful termination by CPO. Hold for Company notice and preview. Company to respond by COB, Friday, Aug 5. Subject to CPO further discussions, Case to file with DOL & FAA on Monday, Aug 8, 2022.

**Secretary Treasurer Nominations.** Opening Nominations, Aug. 8, for 3 year term. All pilots welcome to nominate candidates; currently Robert Purdy and acting S/T Phil Gerding. Nominations close Aug. 15, 2022. Voting August 22. Close of voting, Sept. 1, 2022. Majority rules.

**TAPA Duty Days** BPR President to provide active list of necessary time to DO, in accordance with CBA.
**TAPA Website** – Pilot volunteers needed to work. Current for Communications, Website Administrator.

**APPROVED**

Motion from BPR to accept Results of Resolutions 7, 8 & 9. Seuring / Gerding. All in favor & Approved.
Approval of OLD BUSINESS & NEW BUSINESS - action items. Gerding / Bless. All in favor & All Approved.

Accepted by BPD, Close of meeting Closed at 12:05EST. Moved - Bless / Second - Gerding.

s/s – Karl Seuring / Tony Bless / Phil Gerding.
Teleconference, 8/3/22; Meeting Closed 12:05EST



IN GOD WE TRUST

**EXHIBIT 8**

Letter of Intent Between
21 Air, LLC
And
The Pilots
In the service of
21 Air, LLC
As represented by the
21 Air Pilots Association

This letter of Intent set forth the agreement made and entered into in accordance with the provisions of Title II of the Railway Labor Act, as amended, by and between 21 Air, LLC, (hereinafter "the Company") and the Pilots in the service of 21 Air, LLC as represented by the 21 Air Pilots Association) hereinafter ("TAPA").

WHEREAS it is the intent of TAPA, as represented by Kyle R. Smith, President, Donna M. Engelbrecht, V ice-President, and Amir Anoshiravani, Secretary/Treasurer wish to remove all former Resolutions 1 thru 11 made by the previous representatives and any thereafter will be considered null and void.

Kyle R. Smith
President

Donna M. Engelbrecht
Vice-President

Amir Anoshiravani
Secretary/Treasurer

IN GOD WE TRUST

RX-23-1

**EXHIBIT 9**

IN THE COUNTY COURT OF THE
ELEVENTH JUDICIAL CIRCUIT, IN
AND FOR DADE COUNTY, FLORIDA

THE 21 AIR PILOTS ASSOCIATION, INC.

As Plaintiff.

CASE NO: ____________

AVIA INVESTMENTS, LLC;
MICHAEL MENDEZ, OLGA GUERRA, KYLE SMITH
and DONNA ENGELBRECHT individually,

As Defendants;

______________________

## DECLARATION OF CAPT. JONNY SALOMONSEN

I, Capt. Jonny Salomonsen, declares as follows:

1. I am employed as a B767 Captain for 21 Air, LLC and reside in Weston, Florida.
2. I attended recurrently pilot training in Miami, Florida at 21 Air, LLC contracted facilities.
3. On June 10, 2024, I was presented with a document by Ms. Donna Engelbrecht, while she was acting as a 21 Air pilot training instructor.
4. Ms. Engelbrecht placed the document in front of me and asked me to sign and convert my dues collected for the 21 Air Pilot's Association, Inc. over to TAPA, Inc.
5. I refused the conversion of my TAPA union dues, in accordance with my attached Dues Check Off (DCO) form.

Signed [signature] Notary Seal

State of Florida, County of Broward
Sworn and subscribed to before me by means of physical presence on this 5 day of September 2024 by Jonny Salomonsen who presented Florida driver license as identification

[signature]

BEATRIZ GUDINO-CUAHC
MY COMMISSION #HH07
EXPIRES: DEC 15, 202
Bonded through 1st State Insi

JUAN FERNANDEZ-BARQUIN, CLERK OF THE COURT & COMPTROLLER, MIAMI-DADE COUNTY, FLORIDA, IN GOD WE TRUST

**DCO ADDENDUM A - ASSOCIATION DUES CHECK-OFF FORM**

Pilot Name JONNY SALOMONSEN Position CA Hire date 8-2-21

*Please initial One (1) option, below:*

1. ✓ I elect 1.5% of my Gross Pay to be deducted from each paycheck with **Full member privileges** in accordance with the Pilot's Collective Bargaining Agreement, Sec. 19.A and authorize the Company to upload my monthly Gross Pay information to a secure TAPA portal, by email.

2. ____ I elect 1.5% of my Gross Pay to be deducted from each paycheck for Member **Agency Shop fees** in accordance with the Pilot's Collective Bargaining Agreement, Sec. 19.B (*for* Management Pilots) and authorize the Company to upload my Pay information to a secure TAPA portal, by email.

3. ____ I elect to pay TAPA directly 1.5% of my Gross Pay for **Full-member privileges** under Sec. 19.A and authorize the Company to upload my monthly Pay information to a secure TAPA portal, by email. *Note - TAPA service fee of $15 for DCO transactions shall be added. Late fee is 1% of balance, per month.*

4. ____ I elect to pay TAPA directly 1.5% my Gross Pay to TAPA for Member **Agency Shop fees**, in accordance with the Collective Bargaining Agreement (CBA); Sec, 19.B and I authorize the Company to upload my monthly Pay information to a secure TAPA portal, by email. *Note - TAPA service fee of $15 for DCO transactions shall be added to each payment. Late fee is 1% of balance, per month.*

Pilot Signs [signature]. Employee # 21214 Dated 3 AUG 22

Email - TAPA JSS46@SWISSMAIL.ORG Phone 7866691283

Internal ________ Notes ________________.

***Email & drop or mail:** humanresources@21air.us & tapafinance@gmail.com*

21 Air Pilot's Association, Inc.
Attn: TAPA Secretary / Treasurer
1055 Vandercar Way
Florence, KY 41042

Dues Checkoff 2023 PDF.pdf
PDF - 149 KB

Good Day Gents,
TAPA still has not received signed Dues Collection/Membership forms from you. Since 21 Air has renewed the contract with DHL, our requirement to have pilot representation is part of that contract. While you are not required to be a MEMBER of TAPA, you are required to at least be represented under agency shop fees. At this time Member and Agency Shop are the same fee for everyone. I would again encourage you to become a member as several of you have enjoyed the association looking out for you.
I have attached the DCO form in this email. Please fill it out on your PDF Expert on the iPad and sign and submit it.

Thank You for your prompt attention to this matter.

Warmest Regards,

Captain Kyle R. Smith
TAPA President
ksmith@21air.us
(505) 401-8445

JUAN FERNANDEZ-BARQUIN
CLERK OF THE COURT & COMPTROLLER
MIAMI-DADE COUNTY, FLORIDA
IN GOD WE TRUST

**EXHIBIT 10**



JUAN FERNANDEZ-BARQUIN CLERK OF THE COURT & COMPTROLLER MIAMI-DADE COUNTY, FLORIDA IN GOD WE TRUST

Gmail

Karl Seuring <keseuring@gmail.com>

## TAPA Dues & Fees

**Karl Seuring** <keseuring@gmail.com> Mon, Oct 16, 2023 at 7:50 AM
To: "Harrison, W. Chris" <Chris.harrison@ogletree.com>
Cc: tony bless <tonybless@hotmail.com>, James Scheidler <JimScheidler@gmail.com>, "Jonathan A. Ewing" <ewing@aerolawcenter.com>
Bcc: tapamembers@gmail.com

Good Morning Attny. Chris Harrison,

GM Mr. Chris Harrison,

I am following up on your client's adverse actions for OALJ case # 2023-AIR-00005. Regarding TAPA dues collected and being withheld by 21Air, LLC. for the 21 Air Pilot's Association, Inc. (otherwise, TAPA), the attached Resolution #7 (Res. #7) shows that the business unit TAPA originally formed was within the 45-days of the pilots approving it.

On May 24, 2022, all 21Air's pilots eligible to vote (100% approval) confirmed Resolution #7 *before* Capt. Tony Bless, Mr. Andrew Saridakis, Capt. Phil Gerding and I ran as TAPA Officers. We then formed the 21Air Pilots Association, Inc. with the Florida Secretary of State's (SOS) office in Tallahassee. The 21Air Pilot's Association, Inc. had registered as a non-profit Florida Corporation ***within the 45-days required of Res. #7*** and I notified the IRS and NMB of TAPA's business unit.

Your client proceeded to recognize and treat an alternate business unit, apparently formed as TAPA, **Inc.** that was registered with the State of Florida on **Apr. 13, 2023.** This unit is not recognized as TAPA's legal bargaining entity, simply because it falls outside of the timeline voted on by 21 Air's pilots in Res. #7. There cannot be two (2) TAPAs. The attached exhibits show the formation of each business unit and the TAPA legal entity approved by 100% by the 21 Air pilots in Res. #7.

We believe the formation and activities of TAPA, Inc. have not conformed to the US Department of Labor (OLMS) rules for officer elections, contract amendments, voting or pilot dues collection. Its activities exclaim derivative liability for 21 Air's management participating in fraudulent activities.

TAPA, Inc. and its fraudulent election remain under investigation by the OLMS.

1. Please advise us the date when your client will wire transfer TAPA's collected dues to the 21 Air Pilot's Association, Inc. and into TAPA's established Wells Fargo account that Ms. Olga Guerra had vetted. These transfers are validated before ALJ Scott M. Morris in the Complainant's Amended Pleading. This latest accounting and transfer to the 21 Air Pilot's Association, Inc. would not be considered or admitted as any wrongdoing for your client, provided the transfer occurs before the MSD is filed by Tribunal.

2. Please advise when we can expect our contractual Agency Shop fees, entitled by the CBA under Sec. 19.B that are denied by Capt. David Norgren and subject to TAPA grievances. These fees will be necessary and are to be "made whole" to resolve negotiations with the OLMS and to settle OALJ case # 2023-AIR-00005.

I look forward to your call. We should discuss the plan to release the Motion for Summary Decision (MSD) on case # 2023-AIR-00005. Capt. Bless and Capt. Scheidler have been invited to participate in the above discussions with us, as well. Thank you.

***Vbrgds, Karl Seuring***

*TAPA President*
*206.669-8000 (m)*
*www.21air.org*

---

**4 attachments**

- **Florida SOS.pdf**
  190K
- **TAPA Inc SOS.pdf**
  183K
- **Minutes BPR 220803_A.pdf**
  601K
- **TAPA Res 7_Final.pdf**
  545K

Filing # 206434402 E-Filed 09/09/2024 02:17:07 PM

☐ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.
☒ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.

| DIVISION | | |
|---|---|---|
| ☒ CIVIL<br>☐ DISTRICTS<br>☐ FAMILY<br>☐ OTHER | **CIVIL COVER SHEET** | CASE NUMBER: ____________<br><br>JUDGE ____________ |

| PLAINTIFF | VS. DEFENDANT | CLOCK IN |
|---|---|---|
| Twenty-One Air Pilots Association, LLC. | Avia Investments, 21 Air LLC.<br>Michael Mendez, Olga Guerra<br>Kyle Smith, Donna Engelbrecht | |

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

## AMOUNT OF CLAIM

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

- ☐ $8,000 or less
- ☐ $8,001 - $30,000
- ☒ $30,001 - $50,000
- ☐ $50,001 - $75,000
- ☐ $75,001 - $100,000
- ☐ over $100,000.00

**TYPE OF CASE** (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

### CIRCUIT CIVIL

- ☐ Condominium
- ☐ Contracts and indebtedness
- ☐ Eminent domain
- ☐ Auto negligence
- ☐ Negligence - other
  - ☐ Business governance
  - ☐ Business torts
  - ☐ Environmental/Toxic Tort
  - ☐ Third party indemnification
  - ☐ Construction defect
  - ☐ Mass tort
  - ☐ Negligent security
  - ☐ Nursing home negligence
  - ☐ Premises liability - commercial
  - ☐ Premises liability - residential
- ☐ Products liability
- ☐ Real property/Mortgage foreclosure
  - ☐ Commercial foreclosure
  - ☐ Homestead residential foreclosure
  - ☐ Non-homestead residential foreclosure
  - ☐ Other real property actions
- ☐ Professional malpractice
  - ☐ Malpractice - business
  - ☐ Malpractice - medical
  - ☐ Malpractice - other professional
- ☐ Other
  - ☐ Antitrust/Trade regulation
  - ☐ Business transactions
  - ☐ Constitution challenge-statute or ordinance
  - ☐ Constitution challenge-proposed amendment
  - ☐ Corporate trust
  - ☐ Discrimination-employment or other
  - ☐ Insurance claims
  - ☐ Intellectual property
  - ☐ Libel/Slander
  - ☐ Shareholder derivative action
  - ☐ Securities litigation
  - ☐ Trade secrets
  - ☐ Trust litigation

### COUNTY CIVIL

- ☒ Civil
- ☐ Real property/Mortgage foreclosure
- ☐ Replevins
- ☐ Evictions
  - ☐ Residential Evictions
  - ☐ Non-residential Evictions
- ☐ Other civil (non-monetary)

A True Copy
Certification on Last Page
JUAN FERNANDEZ-BARQUIN
CLERK OF THE COURT AND COMPTROLLER
MIAMI-DADE COUNTY

## COMPLEX BUSINESS COURT

**REMEDIES SOUGHT** (check all that apply):

☒ Monetary;
☒ Non-monetary declaratory or injunctive relief;
☒ Punitive

**NUMBER OF CAUSES OF ACTION:** [ 2 ]
(specify) Tortious Interference With Contract, Civil Theft

**IS THIS CASE A CLASS ACTION LAWSUIT?**

☐ Yes
☒ No

**HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**

☒ No
☐ Yes If "Yes", list all related cases by name, case number, and court.

**IS JURY TRIAL DEMANDED IN COMPLAINT?**

☒ Yes
☐ No

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature x [signature] Florida Bar # 10264
Attorney or party (Bar #, if attorney)

Michael R. Anello, Esquire 9/09/2024
(type or print name) Date

**INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET**

Plaintiff must file this cover sheet with the first document filed in the action or proceeding (except small claims cases, probate, or family cases). Domestic and juvenile cases should be accompanied by a completed Florida Family Law Rules of Procedure Form 12.928, Cover Sheet for Family Court Cases. Failure to file a civil cover sheet in any civil case other than those excepted above may result in sanctions.

I. **Case Style.** Enter the name of the court, the appropriate case number assigned at the time of filing of the original complaint or petition, the name of the judge assigned (if applicable), and the name (last, first, middle initial) of plaintiff(s) and defendant(s).

II. **Amount of Claim.** Enter the estimated amount of the claim, rounded to the naarest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

III. **Type of Case.** Place an "X" on the appropriate line. If the cause fits more than one type of case, select the most definitive. If the most definitive label is a subcategory (indented under a broader category label), place an "X" on the category and subcategory lines. Definitions of the cases are provided below in the order they appear on the form.

**Circuit Civil**

(A) Condominium - all civil lawsuits pursuant to Chapter 718, Florida Statutes, in which a condominium association is a party.

(B) Contracts and indebtedness - all contract actions relating to promissory notes and other debts, including those arising from sale of goods, but excluding contract disputes involving condominium associations.

(C) Eminent domain - all matters relating to the taking of private property for public use, including inverse condemnation by state agencies, political subdivisions, or public service corporations.

(D) Auto negligence - all matter arising out of a party's allegedly negligent operation of a motor vehicle.

(E) Negligence-other - all actions sounding in negligence, including statutory claims for relief on account of death or injury, that are not included in other main categories.

(F) Business governance - all matters relating to the management, administration, or control of a company.

(G) Business torts - all matters relating to liability for economic loss allegedly caused by interference with economic or business relationships.

(H) Environmental/Toxic tort - all matters relating to claims that violations of environmental regulatory provisions or exposure to a chemical caused injury or disease.

(I) Third party indemnification - all matters relating to liability transferred to a third party in a financial relationship.

(J) Construction defect - all civil lawsuits in which damage or injury was allegedly caused by defects in the construction of a structure.

(K) Mass tort - all matters relating to a civil action involving numerous plaintiffs against one or more defendants.

(L) Negligent security - all matters involving injury to a person or property allegedly resulting from insufficient security.

(M) Nursing home negligence - all matters involving injury to a nursing home resident resulting from negligence of nursing home staff or facilities.

(N) Premises liability-commercial - all matters involving injury to a person or property allegedly resulting from a defect on the premises of a commercial property.

(O) Premises liability-residential - all matters involving injury to a person or property allegedly resulting from a defect on the premises of a residential property.

(P) Products liability - all matters involving injury to a person or property allegedly resulting from the manufacture or sale of a defective product or from a failure to warn.

(Q) Real property/Mortgage foreclosure - all matters relating to the possession, title, or boundaries of real property. All matters involving foreclosures or sales of real property, including foreclosures associated with condominium associations or condominium units. (The amount of claim specified in Section II. of the form determines the filing fee pursuant to section 28.241, Florida Statutes.)

(R) Commercial foreclosure - all matters relating to the termination of a business owner's interest in commercial property by a lender to gain title or force a sale to satisfy the unpaid dept secured by the property.

(S) Homestead residential foreclosure - all matters relating to the termination of a residential property owner's interest by a lender to gain title or force a sale to satisfy the unpaid debt secured by the property where the property has been granted a homestead exemption.

(T) Non-homestead residential foreclosure - all matters relating to the termination of a residential property owner's interest by a lender to gain title or force a sale to satisfy the unpaid debt secured by the property where the property has not been granted a homestead exemption.
(U) Other real property actions - all matters relating to land, land improvements, or property rights not involving commercial or residential foreclosure.
(V) Professional malpractice - all professional malpractice lawsuits.
(W) Malpractice-business - all matters relating to a business's or business person's failure to exercise the degree of care and skill that someone in the same line of work would use under similar circumstances.
(X) Malpractice-medical - all matters relating to a doctor's failure to exercise the degree of care and skill that a physician or surgeon of the same medical specialty would use under similar circumstances.
(Y) Malpractice-other professional - all matters relating to negligence of those other than medical or business professionals.
(Z) Other - all civil matters not included in other categories.
(AA) Antitrust/Trade regulation - all matters relating to unfair methods of competition or unfair or deceptive business acts or practices.
(AB) Business transactions - all matters relating to actions that affect financial or economic interests.
(AC) Constitutional challenge-statute or ordinance - a challenge to a statute or ordinance, citing a violation of the Florida Constitution.
(AD) Constitutional challenge-proposed amendment - a challenge to a legislatively initiated proposed constitutional amendment, but excluding challenges to a citizen-initiated proposed constitutional amendment because the Florida Supreme Court has directed jurisdiction of such challenges.
(AE) Corporate trust - all matters relating to the business activities of financial services companies or banks acting in a fiduciary capacity for investors.
(AF) Discrimination-employment or other - all matters relating to discrimination, including employment, sex, race, age, handicap, harassment, retaliation, or wages.
(AG) Insurance claims - all matters relating to claims filed with an insurance company.
(AH) Intellectual property - all matters relating to intangible rights protecting commercially valuable products of the human intellect.
(AI) Libel/Slander - all matters relating to written, visual, oral, or aural defamation of character.
(AJ) Shareholder derivative action - all matters relating to actions by a corporation's shareholders to protect and benefit all shareholders against corporate management for improper management.
(AK) Securities litigation - all matters relating to the financial interest or instruments of a company or corporation.
(AL) Trade secrets - all matters relating to a formula, process, device, or other business information that is kept confidential to maintain an advantage over competitors.
(AM) Trust litigation - all civil matters involving guardianships, estates, or trusts and not appropriately filed in probate proceedings.

**County Civil**

(AN) Civil – all matters involving claims ranging from $8,001 through $50,000 in damages, exclusive of interest, costs, and attorney fees.
(AO) Real property/Mortgage foreclosure-all matters involving claims up to $50,000 relating to the possession, title, or boundaries of real property. All matters involving foreclosures or sales of real property up to $50,000, including associated with condominium associations or condominium units.
(AP) Replevins—all lawsuits pursuant to Chapter 78. Florida Statutes, involving claims up to $50,000.
(AQ) Evictions-all matters involving the recovery of possession of leased land or rental property by process of law.
(AR) Other civil (non-monetary county civil matters that were not described in other county civil categories.

---

**IV. Remedies Sought.** Place an "X" in the appropriate box. If more than one remedy is sought in the complaint or petition, check all that apply.
**V. Number of Causes of Action.** If the complaint or petition alleges more than one cause of action, note the number and the name of the cause of action.
**VI. Class Action.** Place an "X" in the appropriate box.
**VII. Related Cases.** Places an "X" in the appropriate box.
**VIII. Is Jury Trial Demanded In Complaint?** Check the appropriate box to indicate whether a jury trial is being demanded in the complaint.

**ATTORNEY OR PARTY SIGNATURE.** Sign the civil cover sheet. Print legibly the name of the person signing the civil cover sheet. Attorneys must include a Florida Bar number. Insert the date the civil cover sheet is signed. Signature is a certification that the filer has provided accurate information on the civil cover sheet, **and has read and complied with the requirements of Florida Rule of Judicial Administration 2.425.**

STATE OF FLORIDA, COUNTY OF MIAMI-DADE
I HEREBY CERTIFY that the foregoing is a true and correct copy of the Original on file in this office 9-30 AD 20 24
LUIS G. MONTALDO, Clerk Ad Interim of Circuit and County Courts
Deputy Clerk

Filing # 206555657 E-Filed 09/10/2024 12:54:43 PM

☐ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.
☒ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.

| DIVISION | | CASE NUMBER |
|---|---|---|
| ☒ CIVIL<br>☐ DISTRICTS<br>☐ OTHERS | **CIVIL ACTION SUMMONS (b)**<br>**Form for Personal Services on a Natural Person** | 24-174395-CC-05 |
| PLAINTIFF(S)<br>21 Air Pilots Association, LLC. | VS DEFENDANT(S)<br>Avia Investments, LLC., 21 Air, LLC., Michael Mendez, Kyle Smith and Donna Engelbrecht | CLOCK IN |

**THE STATE OF FLORIDA:**TO EACH SHERIFF OF THE STATE, YOU ARE COMMANDED to serve this Summons and a copy of the Complaint in this lawsuit on defendant: Donna Engelbrecht

| | |
|---|---|
| To Defendant(s): Donna Engelbrecht | Address: 6 Fairway Road, Jacksonville Beach, Florida 32250 |

**IMPORTANT**

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response with the Clerk of the Court, you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below. The central location of the Clerk's office is at the Dade County Courthouse. The address for the courthouse, and branch locations are listed below for your convenience:

**"For those unable to pay for an attorney, information on how to seek free legal assistance can be found at www.dadecountyprobono.org."**

**MIAMI-DADE COUNTY COURT LOCATIONS**

| | | | |
|---|---|---|---|
| ☐ **Dade County Courthouse** (05)<br>Room 133<br>73 West Flagler Street<br>Miami, FL 33130 | ☐ **Joseph Caleb Center Court** (20)<br>Suite 103<br>5400 N.W. 22nd Avenue<br>Miami, FL 33142 | ☐ **Hialeah District Court** (21)<br>Room 100<br>11 East 6th Street<br>Hialeah, FL 33010 | ☐ **North Dade Justice Center** (23)<br>Room 100<br>15555 Biscayne Blvd.<br>North Miami Beach, FL 33160 |
| ☐ **Miami Beach District Court** (24)<br>Room 200<br>1130 Washington Avenue<br>Miami Beach, FL 33139 | ☐ **Coral Gables District Court** (25)<br>Room 100<br>3100 Ponce De Leon Blvd.<br>Coral Gables, FL 33134 | ☐ **South Dade Justice Center** (26)<br>Room 1200<br>10710 SW 211 Street<br>Miami, FL 33189 | **SERVICE** |

| | | |
|---|---|---|
| Plaintiff/Plaintiff Attorney Michael Anello, Esq.<br>Florida Bar No. 10264 | Address: 11565 17th Lane N., unit 1607, St. Petersburg, FL. 33716 | |
| **JUAN FERNANDEZ-BARQUIN**<br>**CLERK OF THE COURT AND COMPTROLLER**<br>**MIAMI-DADE COUNTY**<br>**CIRCUIT AND COUNTY COURTS** | DEPUTY CLERK | **DATE ON:** |

## AMERICANS WITH DISABILITIES ACT OF 1990
## ADA NOTICE

**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Aliean Simpkins, the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2400, Miami, FL 33128, Telephone (305) 349-7175; TDD (305) 349-7174; Email ADA@jud11.flcourts.org; Fax (305) 349-7355 at least seven (7) days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than seven (7) days; if you are hearing or voice impaired, call 711."**



A True Copy
Certification on Last Page
JUAN FERNANDEZ-BARQUIN
CLERK OF THE COURT AND COMPTROLLER
MIAMI-DADE COUNTY

☐ EN LA CORTE DE CIRCUITO DEL UNDECIMO CIRCUITO JUDICIAL EN Y PARA EL CONDADO DE MIAMI-DADE, LA FLORIDA.
☐ EN EL TRIBUNAL DEL CONDADO EN Y PARA EL CONDADO MIAMI-DADE, LA FLORIDA.

| DIVISION<br>☐ CIVIL<br>☐ DISTRITO<br>☐ OTRA | EMPLAZAMIENTO DE ACCION CIVIL<br>(b) NOTIFICACION PERSONAL A PERSONA NATURAL | NUMERO DE CASO |
|---|---|---|
| DEMANDANTE(S) | VS. DEMANDADO(S) | HORA |

EL ESTADO DE LA FLORIDA: A cada alguacil del Estado: Se le ordena que hagen entrega de esta notificación y una copia de la demanda en este pleito al demandado(s) mencionada arriba.

| A Demandado(s): | A Demandado(s): |
|---|---|

**IMPORTANTE**

Usted ha sido demandado legalmente. Tiene 20 días, contados a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefónica no lo protegerá. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el número del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso podría ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal (Legal Aid Office) o un servicio de referencia de abogados (Attorney Referral Service) que aparecen en la guía telefónica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar en la mano una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante) y presentar su contestación a la demanda al Secretario del Juzgado. La ubicación central de la Oficina del Secretario está en el edificio de la Corte del Condado de Dade. La dirección de la Corte, y de las sucursales aparecen en la lista siguiente para su conveniencia:

"Para aquellas personas que no puedan pagar un abogado, la información sobre como solicitar asistencia legal gratuita se puede encontrar en www.dadecountyprobono.org."

**LOCALIDAD DE LOS TRIBUNALES DEL CONDADO DE MIAMI-DADE**

| | | | |
|---|---|---|---|
| ☐ **Dade County Courthouse** (05)<br>Room 133<br>73 West Flagler Street<br>Miami, FL 33130 | ☐ **Joseph Caleb Center Court** (20)<br>Suite 103<br>5400 N.W. 22nd Avenue<br>Miami, FL 33142 | ☐ **Hialeah District Court** (21)<br>Room 100<br>11 East 6th Street<br>Hialeah, FL 33010 | ☐ **North Dade Justice Center** (23)<br>Room 100<br>15555 Biscayne Blvd.<br>North Miami Beach, FL 33160 |
| ☐ **Miami Beach District Court** (24)<br>Room 200<br>1130 Washington Avenue<br>Miami Beach, FL 33139 | ☐ **Coral Gables District Court** (25)<br>Room 100<br>3100 Ponce De Leon Blvd.<br>Coral Gables, FL 33134 | ☐ **South Dade Justice Center** (26)<br>Room 1200<br>10710 SW 211 Street<br>Miami, FL 33189 | SERVICIO |

| Demandante o Abogado del Demandante:<br><br>Número del Colegio de Abogados: | Dirección: | |
|---|---|---|
| **JUAN FERNANDEZ-BARQUIN**<br>**Secretario del Tribunal y Contralor** | COMO SECRETTARIO ADJUNTO | FECHA |

## LEY PARA ESTADOUNIDENSES CON INCAPACIDADES

**"Si usted es una persona minusválida que necesita hacer arreglos para poder participar en este proceso, usted tiene derecho, sin gasto alguno, a que se le provea cierta ayuda. Por favor póngase en contacto con Aliean Simpkins, el Coordinador de ADA en el Onceavo Distrito Judicial ubicado en el Lawson E. Thomas Courthouse Center, 175 NW 1st Ave, Sala 2400, Miami FL 33128, Teléfonos (305)349-7175; TDD (305) 349-7174, Correo electrónico ADA@jud11.flcourts.org or Fax (305) 349-7355 por lo menos siete (7) días antes de la cita fijada para su comparecencia en los tribunales; o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de siete (7) días; si usted tiene discapacitación del oído o de la voz, llame al 711."**

☐ AU TRIBUNAL DU ONZIEME ARRONDISSEMENT JUDICIARE DANS ET POUR MIAMI-DADE, FLORIDE.
☐ AU TRIBUNAL DE JUGEMENT ET POUR LE DEPARTENT DE MIAMI-DADE, FLORIDE.

| DIVIZYON<br>☐ CIVILE<br>☐ DISTRICT<br>☐ AUTRE | CONVOCARION D' ACTION CIVILE<br>(b) LIVRAI ON PERSONNELLE A UNE PERSONNE | NUMERO DE CASO |
|---|---|---|
| PLAINTE (S) | VS. CONTRE ACCUSE(S) | HEURE IN |

**L'TAT DE LA FLORIDE:** A chaque sherif de l'etat vous etes oblige de presenter cette citation et une photocpie de la plainte de ce document sur l'accuse (e) ci-desus.

| A (AUX) ACCUSE(S): | A (AUX) ACCUSE(S): |
|---|---|

**IMPORTANT**

Des poursuites judiciaires ont ete enterprises contre vous. Vous avez 20 jours consecutifs a partir a de la date de l'assignation de cette citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insoffisant pour vous proteger. Vous etes obliges de deposer votre response ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas aotre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plainlif/Plaintif's Attorney" (Plaignant ou a son avocat) nomme ci-dessous et enregistrer votre reponse avec le Greffier du Tribunal. L'adressa centrale du bureau du Greffier est le Dade County Courthouse. L'adresse du tribunal,et l'adresse des succursales sont dans ci-dessous pour votre convenance

**"Pour ceux qui ne peuvent payer un avocat, des informations sur la façon de demander de l'aide juridique gratuite peut être trouvé à www.dadecountyprobono.org"**

ADRESSES DES TRIBUNAUX EN MIAMI-DADE

☐ **Dade County Courthouse** (05)
Room 133
73 West Flagler Street
Miami, FL 33130

☐ **Joseph Caleb Center Court** (20)
Suite 103
5400 N.W. 22nd Avenue
Miami, FL 33142

☐ **Hialeah District Court** (21)
Room 100
11 East 6th Street
Hialeah, FL 33010

☐ **North Dade Justice Center** (23)
Room 100
15555 Biscayne Blvd.
North Miami Beach, FL 33160

☐ **Miami Beach District Court** (24)
Room 200
1130 Washington Avenue
Miami Beach, FL 33139

☐ **Coral Gables District Court** (25)
Room 100
3100 Ponce De Leon Blvd.
Coral Gables, FL 33134

☐ **South Dade Justice Center** (26)
Room 1200
10710 SW 211 Street
Miami, FL 33189

UN SERVICE

| Plainte/Avocat du Plainte<br><br>Numero de barreau de la Floride: | Adresse : | |
|---|---|---|
| **JUAN FERNANDEZ-BARQUIN**<br>**Greffier du Tribunal**<br>**et Contrôleur** | COMME GREFFIER ADJOINT | DATE: |

## ACT DE 1990 POUR AMERICAINS HANDICAPES
## AVIS DE l' ADA

**" Si vous êtes une personne handicapée qui a besoin d'accommodement pour pouvoir participer à cette procédure, vous avez le droit, sans aucun coût, d'avoir de l'aide à votre disposition. S'il vous plaît contacter Aliean Simpkins, le Coordinateur de l'ADA du Tribunal de l'Onzième Circuit Judiciaire, Lawson E. Thomas Courthouse Center, 175 NW 1st Ave. Suite 2400, Miami, FL. 33128, Téléphone (305) 349-7175; TDD (305) 349-7174, Email ADA@jud11.flcourts.org or Fax (305) 349-7355 au moins sept (7) jours avant la date de comparution au tribunal, oubien immédiatement après avoir reçu cet avis si la date avant la comparution est moins de sept (7) jours; si vous avez une incapacité pour entendre ou parler, appelez le 711."**

☐ NAN TRIBINAL ITINERAN NAN ONZYÈM AWONDISMAN JIDISYÈ NAN E POU KONTE MIAMI-DADE, FLORIDA
☐ NAN TRIBINAL E POU TRIBINAL NAN MIAMI-DADE COUNTY, FLORIDA

| DIVIZYON<br>☐ SIVIL<br>☐ DISTRI<br>☐ LÒT | **KONVOKASYON POU KA SIVIL**<br>**(b) DELIVRE PERSONELMAN BAY YON MOUN** | **NIMEWO KA** |
|---|---|---|
| **PLENTIF (S)** | **VS. KONT AKIZE(S)** | **LE** |

**ETA FLORIDA:** Pou Chak nan eta a yo odone ou pou bay akize a (yo), non I ekri anwo a, manda sa a ak yon kopi yo pote nan pwose sa a.:

| AKIZE: | ADRES:: |
|---|---|

**ENPOTAN**

Yo entre yon aksyon kont oumeum. Ou genyen 20 jou kalandriye apres ou recevoi somasyon-an pou enregistre devan grefie tribunal-sa, yon reponce pa ecri attache avec plent-la. Yon apel pa telefon ka kapab protege-ou. Se yon repense pa ecri,fo ou m ete numero ka-a ki sou tet pagela avec nom moune-yo ki sou papie-sa oblige ecri si ou vle ke tribunal-la tende position-ou cou ka-a. Si ou pa enregistre reponce-ou a l'heure ou capab pedu ka-a san tribunal la pa anounce-ou en yen, ou capab pedu l'agen ou ak byen ou. Genyen lot demande. Ou ka besoin telefone yon avoka tout de suit. Si ou pa lonen yon avoka, ou ka rele sevis ki rekomande avoka, ou biro ede legal (ki nan lis liv telefone).

Si ou sholsi voye yon reponce pa ecri oumenm, ou supose en mem tan poste en mem tan poste on pote on copi response pa ecri pou avoka pleyan ou pleyan-yo ke non-li ama-a et enregistre reponce-la nan tribunal-la ki localize nan avek Sekrete Tribinal. Adres santral biwo Sekrete a se Dade County Courthouse. Adres tribinal la, ak adres lot tribinal yo nan lis ki anba a pou ou ka jwenn yo alez:

**"Pou moun ki pa an mezi peye pou pran yon avoka, yo kapab jwenn enfòmasyon sou kijan pou yo chèche jwenn assistans legal gratis nan www.dadecountyprobono.org."**

**ADRESSES DES TRIBUNAUX EN MIAMI-DADE**

| | | | |
|---|---|---|---|
| ☐ **Dade County Courthouse** (05)<br>Room 133<br>73 West Flagler Street<br>Miami, FL 33130 | ☐ **Joseph Caleb Center Court** (20)<br>Suite 103<br>5400 N.W. 22nd Avenue<br>Miami, FL 33142 | ☐ **Hialeah District Court** (21)<br>Room 100<br>11 East 6th Street<br>Hialeah, FL 33010 | ☐ **North Dade Justice Center** (23)<br>Room 100<br>15555 Biscayne Blvd.<br>North Miami Beach, FL 33160 |
| ☐ **Miami Beach District Court** (24)<br>Room 200<br>1130 Washington Avenue<br>Miami Beach, FL 33139 | ☐ **Coral Gables District Court** (25)<br>Room 100<br>3100 Ponce De Leon Blvd.<br>Coral Gables, FL 33134 | ☐ **South Dade Justice Center** (26)<br>Room 1200<br>10710 SW 211 Street<br>Miami, FL 33189 | UN SERVICE |

| Plainte/Avocat du Plainte<br>Numero de barreau de la Floride: | Nimewo manm avoka a.<br>Address: | |
|---|---|---|
| **JUAN FERNANDEZ-BARQUIN**<br>**Grefye Tribinal la ak Kontwolè** | SEKRETE | DATE: |

## LWA 1990 POU AMERIKEN KI ENFIM

## ANONS POU AMERIKEN KI ENFIM

**"Si ou se yon moun ki enfim e ou bezwen akomodasyon pou ou patisipe nan pwosedi sa a, ou gen dwa pou yo ba ou kèk èd san ou pa gen pou ou peye. Silvouplè kontakte Kowòdinatè Aliean Simpkins, ADA pou Tribinal Onzyèm Distrik Jidisyè a nan: Lawson E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2400, Miami, Fl 33128, Telefòn (305) 349-7175; TDD (305) 349-7174, Imèl ADA@jud11.flcourts.org; or Fax (305) 349-7355 omwen sèt (7) jou anvan ou gen randevou pou ou parèt nan tribunal la, oubyen imedyatman lè ou resevwa notifikasyon sa a si ou gen mwens ke sèt (7) jou pou ou parèt nan tribunal la; si ou gen difikilte pou ou tande oubyen pale, rele 711."**

STATE OF FLORIDA, COUNTY OF MIAMI-DADE
I HEREBY CERTIFY that the foregoing is a true and correct copy of the Original on file in this office 9-30 AD 2024
LUIS G. MONTALDO, Clerk Ad Interim of Circuit and County Courts
Deputy Clerk [signature] 6901

CLK/CT. 070 Rev. 06/23

Clerk's web address: www.miamidadeclerk.gov

Filing # 206555657 E-Filed 09/10/2024 12:54:43 PM

☐ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.
☒ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.

| DIVISION | CIVIL ACTION SUMMONS (b) | CASE NUMBER |
|---|---|---|
| ☒ CIVIL<br>☐ DISTRICTS<br>☐ OTHERS | Form for Personal Services on a Natural Person | 24-174395-CC-05 |
| PLAINTIFF(S)<br>21 Air Pilots Association, Inc. | VS DEFENDANT(S) Avia Investments, LLC., 21 Air, LLC., Michael Mendez Olga Guerra and Kyle Smith | CLOCK IN |

**THE STATE OF FLORIDA:** TO EACH SHERIFF OF THE STATE, YOU ARE COMMANDED to serve this Summons and a copy of the Complaint in this lawsuit on defendant: Kyle Smith

To Defendant(s): Kyle Smith

Address: 17 Velma Drive, Tijeras, NM, 87959

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response with the Clerk of the Court, you must also mail or take a copy of your written response to the "Plaintiff/Plaintiffs Attorney" named below. The central location of the Clerk's office is at the Dade County Courthouse. The address for the courthouse, and branch locations are listed below for your convenience:

**"For those unable to pay for an attorney, information on how to seek free legal assistance can be found at www.dadecountyprobono.org."**

**MIAMI-DADE COUNTY COURT LOCATIONS**

☐ **Dade County Courthouse** (05)
Room 133
73 West Flagler Street
Miami, FL 33130

☐ **Joseph Caleb Center Court** (20)
Suite 103
5400 N.W. 22nd Avenue
Miami, FL 33142

☐ **Hialeah District Court** (21)
Room 100
11 East 6th Street
Hialeah, FL 33010

☐ **North Dade Justice Center** (23)
Room 100
15555 Biscayne Blvd.
North Miami Beach, FL 33160

☐ **Miami Beach District Court** (24)
Room 200
1130 Washington Avenue
Miami Beach, FL 33139

☐ **Coral Gables District Court** (25)
Room 100
3100 Ponce De Leon Blvd.
Coral Gables, FL 33134

☐ **South Dade Justice Center** (26)
Room 1200
10710 SW 211 Street
Miami, FL 33189

**SERVICE**

Plaintiff/Plaintiff Attorney Michael Anello, Esq.
Florida Bar No. 10264

Address: 11565 17th Lane N, unit 1607, St. Petersburg, FL. 33716

**JUAN FERNANDEZ-BARQUIN**
**CLERK OF THE COURT AND COMPTROLLER**
**MIAMI-DADE COUNTY**
**CIRCUIT AND COUNTY COURTS**

DEPUTY CLERK

**DATE ON:**

## AMERICANS WITH DISABILITIES ACT OF 1990
## ADA NOTICE

**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Aliean Simpkins, the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2400, Miami, FL 33128, Telephone (305) 349-7175; TDD (305) 349-7174; Email ADA@jud11.flcourts.org; Fax (305) 349-7355 at least seven (7) days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than seven (7) days; if you are hearing or voice impaired, call 711."**

A True Copy
Certification on Last Page
JUAN FERNANDEZ-BARQUIN
CLERK OF THE COURT AND COMPTROLLER
MIAMI-DADE COUNTY

☐ EN LA CORTE DE CIRCUITO DEL UNDECIMO CIRCUITO JUDICIAL EN Y PARA EL CONDADO DE MIAMI-DADE, LA FLORIDA.
☐ EN EL TRIBUNAL DEL CONDADO EN Y PARA EL CONDADO MIAMI-DADE, LA FLORIDA.

| DIVISION<br>☐ CIVIL<br>☐ DISTRITO<br>☐ OTRA | EMPLAZAMIENTO DE ACCION CIVIL<br>(b) NOTIFICACION PERSONAL A PERSONA NATURAL | NUMERO DE CASO |
|---|---|---|
| DEMANDANTE(S) | VS. DEMANDADO(S) | HORA |

EL ESTADO DE LA FLORIDA: A cada alguacil del Estado: Se le ordena que hagen entrega de esta notificación y una copia de la demanda en este pleito al demandado(s) mencionada arriba.

| A Demandado(s): | A Demandado(s): |
|---|---|

**IMPORTANTE**

Usted ha sido demandado legalmente. Tiene 20 días, contados a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefónica no lo protegerá. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el número del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso podría ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal (Legal Aid Office) o un servicio de referencia de abogados (Attorney Referral Service) que aparecen en la guía telefónica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar en la mano una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante) y presentar su contestación a la demanda al Secretario del Juzgado. La ubicación central de la Oficina del Secretario está en el edificio de la Corte del Condado de Dade. La dirección de la Corte, y de las sucursales aparecen en la lista siguiente para su conveniencia:

"Para aquellas personas que no puedan pagar un abogado, la información sobre como solicitar asistencia legal gratuita se puede encontrar en www.dadecountyprobono.org."

**LOCALIDAD DE LOS TRIBUNALES DEL CONDADO DE MIAMI-DADE**

| | | | |
|---|---|---|---|
| ☐ **Dade County Courthouse** (05)<br>Room 133<br>73 West Flagler Street<br>Miami, FL 33130 | ☐ **Joseph Caleb Center Court** (20)<br>Suite 103<br>5400 N.W. 22nd Avenue<br>Miami, FL 33142 | ☐ **Hialeah District Court** (21)<br>Room 100<br>11 East 6th Street<br>Hialeah, FL 33010 | ☐ **North Dade Justice Center** (23)<br>Room 100<br>15555 Biscayne Blvd.<br>North Miami Beach, FL 33160 |
| ☐ **Miami Beach District Court** (24)<br>Room 200<br>1130 Washington Avenue<br>Miami Beach, FL 33139 | ☐ **Coral Gables District Court** (25)<br>Room 100<br>3100 Ponce De Leon Blvd.<br>Coral Gables, FL 33134 | ☐ **South Dade Justice Center** (26)<br>Room 1200<br>10710 SW 211 Street<br>Miami, FL 33189 | SERVICIO |

| Demandante o Abogado del Demandante:<br><br>Número del Colegio de Abogados: | Dirección: | |
|---|---|---|
| **JUAN FERNANDEZ-BARQUIN**<br>**Secretario del Tribunal y Contralor** | COMO SECRETTARIO ADJUNTO | FECHA |

## LEY PARA ESTADOUNIDENSES CON INCAPACIDADES

**"Si usted es una persona minusválida que necesita hacer arreglos para poder participar en este proceso, usted tiene derecho, sin gasto alguno, a que se le provea cierta ayuda. Por favor póngase en contacto con Aliean Simpkins, el Coordinador de ADA en el Onceavo Distrito Judicial ubicado en el Lawson E. Thomas Courthouse Center, 175 NW 1st Ave, Sala 2400, Miami FL 33128, Teléfonos (305)349-7175; TDD (305) 349-7174, Correo electrónico ADA@jud11.flcourts.org or Fax (305) 349-7355 por lo menos siete (7) días antes de la cita fijada para su comparecencia en los tribunales; o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de siete (7) días; si usted tiene discapacitación del oído o de la voz, llame al 711."**

☐ AU TRIBUNAL DU ONZIEME ARRONDISSEMENT JUDICIARE DANS ET POUR MIAMI-DADE, FLORIDE.
☐ AU TRIBUNAL DE JUGEMENT ET POUR LE DEPARTENT DE MIAMI-DADE, FLORIDE.

| DIVIZYON<br>☐ CIVILE<br>☐ DISTRICT<br>☐ AUTRE | CONVOCARION D' ACTION CIVILE<br>(b) LIVRAI ON PERSONNELLE A UNE PERSONNE | NUMERO DE CASO |
|---|---|---|
| **PLAINTE (S)** | **VS. CONTRE ACCUSE(S)** | **HEURE IN** |

**L'TAT DE LA FLORIDE:** A chaque sherif de l'etat vous etes oblige de presenter cette citation et une photocpie de la plainte de ce document sur l'accuse (e) ci-desus.

| A (AUX) ACCUSE(S): | A (AUX) ACCUSE(S): |
|---|---|
| | |

**IMPORTANT**

Des poursuites judiciaires ont ete enterprises contre vous. Vous avez 20 jours consecutifs a partir a de la date de l'assignation de cette citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insoffisant pour vous proteger. Vous etes obliges de deposer votre response ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas aotre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immedials d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous et enregistrer votre reponse avec le Greffier du Tribunal. L'adresse centrale du bureau du Greffier est le Dade County Courthouse. L'adresse du tribunal,et l'adresse des succursales sont dans ci-dessous pour votre convenance

**"Pour ceux qui ne peuvent payer un avocat, des informations sur la façon de demander de l'aide juridique gratuite peut être trouvé à www.dadecountyprobono.org"**

ADRESSES DES TRIBUNAUX EN MIAMI-DADE

| | | | |
|---|---|---|---|
| ☐ **Dade County Courthouse** (05)<br>Room 133<br>73 West Flagler Street<br>Miami, FL 33130 | ☐ **Joseph Caleb Center Court** (20)<br>Suite 103<br>5400 N.W. 22nd Avenue<br>Miami, FL 33142 | ☐ **Hialeah District Court** (21)<br>Room 100<br>11 East 6th Street<br>Hialeah, FL 33010 | ☐ **North Dade Justice Center** (23)<br>Room 100<br>15555 Biscayne Blvd.<br>North Miami Beach, FL 33160 |
| ☐ **Miami Beach District Court** (24)<br>Room 200<br>1130 Washington Avenue<br>Miami Beach, FL 33139 | ☐ **Coral Gables District Court** (25)<br>Room 100<br>3100 Ponce De Leon Blvd.<br>Coral Gables, FL 33134 | ☐ **South Dade Justice Center** (26)<br>Room 1200<br>10710 SW 211 Street<br>Miami, FL 33189 | **UN SERVICE** |

| Plainte/Avocat du Plainte<br><br>Numero de barreau de la Floride: | Adresse : | |
|---|---|---|
| **JUAN FERNANDEZ-BARQUIN**<br>**Greffier du Tribunal**<br>**et Contrôleur** | COMME GREFFIER ADJOINT | DATE: |

## ACT DE 1990 POUR AMERICAINS HANDICAPES
## AVIS DE l' ADA

**" Si vous êtes une personne handicapée qui a besoin d'accommodement pour pouvoir participer à cette procédure, vous avez le droit, sans aucun coût, d'avoir de l'aide à votre disposition. S'il vous plaît contacter Aliean Simpkins, le Coordinateur de l'ADA du Tribunal de l'Onzième Circuit Judiciaire, Lawson E. Thomas Courthouse Center, 175 NW 1st Ave. Suite 2400, Miami, FL. 33128, Téléphone (305) 349-7175; TDD (305) 349-7174, Email ADA@jud11.flcourts.org or Fax (305) 349-7355 au moins sept (7) jours avant la date de comparution au tribunal, oubien immédiatement après avoir reçu cet avis si la date avant la comparution est moins de sept (7) jours; si vous avez une incapacité pour entendre ou parler, appelez le 711."**

☐ NAN TRIBINAL ITINERAN NAN ONZYÈM AWONDISMAN JIDISYÈ NAN E POU KONTE MIAMI-DADE, FLORIDA
☐ NAN TRIBINAL E POU TRIBINAL NAN MIAMI-DADE COUNTY, FLORIDA

| DIVIZYON<br>☐ SIVIL<br>☐ DISTRI<br>☐ LÒT | **KONVOKASYON POU KA SIVIL**<br>**(b) DELIVRE PERSONELMAN BAY YON MOUN** | **NIMEWO KA** |
|---|---|---|
| **PLENTIF (S)** | **VS. KONT AKIZE(S)** | **LE** |

**ETA FLORIDA:** Pou Chak nan eta a yo odone ou pou bay akize a (yo), non l ekri anwo a, manda sa a ak yon kopi yo pote nan pwose sa a.:

| AKIZE: | ADRES:: |
|---|---|

**ENPOTAN**

Yo entre yon aksyon kont oumeum. Ou genyen 20 jou kalandriye apres ou recevoi somasyon-an pou enregistre devan grefie tribunal-sa, yon reponce pa ecri attache avec plent-la. Yon apel pa telefon ka kapab protege-ou. Se yon repense pa ecri,fo ou m ete numero ka-a ki sou tet pagela avec nom moune-yo ki sou papie-sa oblige ecri si ou vle ke tribunal-la tende position-ou cou ka-a. Si ou pa enregistre reponce-ou a l'heure ou capab pedu ka-a san tribunal la pa anounce-ou en yen, ou capab pedu l'agen ou ak byen ou. Genyen lot demande. Ou ka besoin telefone yon avoka tout de suit. Si ou pa lonen yon avoka, ou ka rele sevis ki rekomande avoka, ou biro ede legal (ki nan lis liv telefone).

Si ou shoisi voye yon reponce pa ecri oumenm, ou supose en mem tan poste en mem tan poste on pote on copi response pa ecri pou avoka pleyan ou pleyan-yo ke non-li ama-a et enregistre reponce-la nan tribinal-la ki localize nan avek Sekrete Tribinal. Adres santral biwo Sekrete a se Dade County Courthouse. Adres tribinal la, ak adres lot tribinal yo nan lis ki anba a pou ou ka jwenn yo alez:

**"Pou moun ki pa an mezi peye pou pran yon avoka, yo kapab jwenn enfòmasyon sou kijan pou yo chèche jwenn assistans legal gratis nan www.dadecountyprobono.org."**

ADRESSES DES TRIBUNAUX EN MIAMI-DADE

☐ **Dade County Courthouse** (05)
Room 133
73 West Flagler Street
Miami, FL 33130

☐ **Joseph Caleb Center Court** (20)
Suite 103
5400 N.W. 22nd Avenue
Miami, FL 33142

☐ **Hialeah District Court** (21)
Room 100
11 East 6th Street
Hialeah, FL 33010

☐ **North Dade Justice Center** (23)
Room 100
15555 Biscayne Blvd.
North Miami Beach, FL 33160

☐ **Miami Beach District Court** (24)
Room 200
1130 Washington Avenue
Miami Beach, FL 33139

☐ **Coral Gables District Court** (25)
Room 100
3100 Ponce De Leon Blvd.
Coral Gables, FL 33134

☐ **South Dade Justice Center** (26)
Room 1200
10710 SW 211 Street
Miami, FL 33189

UN SERVICE

| Plainte/Avocat du Plainte<br><br>Numero de barreau de la Floride: | Nimewo manm avoka a.<br><br>Address: | |
|---|---|---|
| **JUAN FERNANDEZ-BARQUIN**<br>**Grefye Tribinal la ak Kontwolè** | SEKRETE | DATE: |

## LWA 1990 POU AMERIKEN KI ENFIM
## ANONS POU AMERIKEN KI ENFIM

**"Si ou se yon moun ki enfim e ou bezwen akomodasyon pou ou patisipe nan pwosedi sa a, ou gen dwa pou yo ba ou kèk èd san ou pa gen pou ou peye. Silvouplè kontakte Kowòdinatè Aliean Simpkins, ADA pou Tribinal Onzyèm Distrik Jidisyè a nan: Lawson E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2400, Miami, Fl 33128, Telefòn (305) 349-7175; TDD (305) 349-7174, Imèl ADA@jud11.flcourts.org; or Fax (305) 349-7355 omwen sèt (7) jou anvan ou gen randevou pou ou parèt nan tribunal la, oubyen imedyatman lè ou resevwa notifikasyon sa a si ou gen mwens ke sèt (7) jou pou ou parèt nan tribunal la; si ou gen difikilte pou ou tande oubyen pale, rele 711."**

STATE OF FLORIDA, COUNTY OF MIAMI-DADE
I HEREBY CERTIFY that the foregoing is a true and correct copy of the Original on file in this office 9-30 AD 20 24
LUIS G. MONTALDO, Clerk Ad Interim of Circuit and County Courts
Deputy Clerk

Filing # 206555657 E-Filed 09/10/2024 12:54:43 PM

☐ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.
☒ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.

| DIVISION | | CASE NUMBER |
|---|---|---|
| ☒ CIVIL<br>☐ DISTRICTS<br>☐ OTHERS | **CIVIL ACTION SUMMONS (b)**<br>**Form for Personal Services on a Natural Person** | 24-174395-CC-05 |
| **PLAINTIFF(S)**<br>21 Air Pilots Association, LLC. | **VS DEFENDANT(S)**<br>Avia Investments, LLC., 21 Air, LLC., Michael Mendez, Kyle Smith and Donna Engelbrecht | **CLOCK IN** |

**THE STATE OF FLORIDA:** TO EACH SHERIFF OF THE STATE, YOU ARE COMMANDED to serve this Summons and a copy of the Complaint in this lawsuit on defendant: Donna Engelbrecht

| | |
|---|---|
| To Defendant(s): Donna Engelbrecht | Address: 6 Fairway Road, Jacksonville Beach, Florida 32250 |

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response with the Clerk of the Court, you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below. The central location of the Clerk's office is at the Dade County Courthouse. The address for the courthouse, and branch locations are listed below for your convenience:

**"For those unable to pay for an attorney, information on how to seek free legal assistance can be found at www.dadecountyprobono.org."**

**MIAMI-DADE COUNTY COURT LOCATIONS**

| | | | |
|---|---|---|---|
| ☐ **Dade County Courthouse** (05)<br>Room 133<br>73 West Flagler Street<br>Miami, FL 33130 | ☐ **Joseph Caleb Center Court** (20)<br>Suite 103<br>5400 N.W. 22nd Avenue<br>Miami, FL 33142 | ☐ **Hialeah District Court** (21)<br>Room 100<br>11 East 6th Street<br>Hialeah, FL 33010 | ☐ **North Dade Justice Center** (23)<br>Room 100<br>15555 Biscayne Blvd.<br>North Miami Beach, FL 33160 |
| ☐ **Miami Beach District Court** (24)<br>Room 200<br>1130 Washington Avenue<br>Miami Beach, FL 33139 | ☐ **Coral Gables District Court** (25)<br>Room 100<br>3100 Ponce De Leon Blvd.<br>Coral Gables, FL 33134 | ☐ **South Dade Justice Center** (26)<br>Room 1200<br>10710 SW 211 Street<br>Miami, FL 33189 | **SERVICE** |

| | |
|---|---|
| Plaintiff/Plaintiff Attorney Michael Anello, Esq.<br>Florida Bar No. 10264 | Address: 11565 17th Lane N., unit 1607, St. Petersburg, FL. 33716 |

| | | |
|---|---|---|
| **JUAN FERNANDEZ-BARQUIN**<br>**CLERK OF THE COURT AND COMPTROLLER**<br>**MIAMI-DADE COUNTY**<br>**CIRCUIT AND COUNTY COURTS** | 38084<br>DEPUTY CLERK | **DATE ON:**<br>9/11/2024 |

# AMERICANS WITH DISABILITIES ACT OF 1990
# ADA NOTICE

**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Aliean Simpkins, the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2400, Miami, FL 33128, Telephone (305) 349-7175; TDD (305) 349-7174; Email ADA@jud11.flcourts.org; Fax (305) 349-7355 at least seven (7) days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than seven (7) days; if you are hearing or voice impaired, call 711."**



A True Copy
Certification on Last Page
JUAN FERNANDEZ-BARQUIN
CLERK OF THE COURT AND COMPTROLLER
MIAMI-DADE COUNTY

☐ EN LA CORTE DE CIRCUITO DEL UNDECIMO CIRCUITO JUDICIAL EN Y PARA EL CONDADO DE MIAMI-DADE, LA FLORIDA.
☐ EN EL TRIBUNAL DEL CONDADO EN Y PARA EL CONDADO MIAMI-DADE, LA FLORIDA.

| DIVISION<br>☐ CIVIL<br>☐ DISTRITO<br>☐ OTRA | EMPLAZAMIENTO DE ACCION CIVIL<br>(b) NOTIFICACION PERSONAL A PERSONA NATURAL | NUMERO DE CASO |
|---|---|---|
| DEMANDANTE(S) | VS. DEMANDADO(S) | HORA |

EL ESTADO DE LA FLORIDA: A cada alguacil del Estado: Se le ordena que hagen entrega de esta notificación y una copia de la demanda en este pleito al demandado(s) mencionada arriba.

| A Demandado(s): | A Demandado(s): |
|---|---|

**IMPORTANTE**

Usted ha sido demandado legalmente. Tiene 20 días, contados a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefónica no lo protegerá. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el número del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso podría ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal (Legal Aid Office) o un servicio de referencia de abogados (Attorney Referral Service) que aparecen en la guía telefónica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar en la mano una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante) y presentar su contestación a la demanda al Secretario del Juzgado. La ubicación central de la Oficina del Secretario está en el edificio de la Corte del Condado de Dade. La dirección de la Corte, y de las sucursales aparecen en la lista siguiente para su conveniencia:

"Para aquellas personas que no puedan pagar un abogado, la información sobre como solicitar asistencia legal gratuita se puede encontrar en www.dadecountyprobono.org."

LOCALIDAD DE LOS TRIBUNALES DEL CONDADO DE MIAMI-DADE

☐ **Dade County Courthouse** (05)
Room 133
73 West Flagler Street
Miami, FL 33130

☐ **Joseph Caleb Center Court** (20)
Suite 103
5400 N.W. 22nd Avenue
Miami, FL 33142

☐ **Hialeah District Court** (21)
Room 100
11 East 6th Street
Hialeah, FL 33010

☐ **North Dade Justice Center** (23)
Room 100
15555 Biscayne Blvd.
North Miami Beach, FL 33160

☐ **Miami Beach District Court** (24)
Room 200
1130 Washington Avenue
Miami Beach, FL 33139

☐ **Coral Gables District Court** (25)
Room 100
3100 Ponce De Leon Blvd.
Coral Gables, FL 33134

☐ **South Dade Justice Center** (26)
Room 1200
10710 SW 211 Street
Miami, FL 33189

SERVICIO

| Demandante o Abogado del Demandante:<br><br>Número del Colegio de Abogados: | Dirección: | |
|---|---|---|
| **JUAN FERNANDEZ-BARQUIN**<br>**Secretario del Tribunal y Contralor** | COMO SECRETTARIO ADJUNTO | FECHA |

## LEY PARA ESTADOUNIDENSES CON INCAPACIDADES

**"Si usted es una persona minusválida que necesita hacer arreglos para poder participar en este proceso, usted tiene derecho, sin gasto alguno, a que se le provea cierta ayuda. Por favor póngase en contacto con Aliean Simpkins, el Coordinador de ADA en el Onceavo Distrito Judicial ubicado en el Lawson E. Thomas Courthouse Center, 175 NW 1st Ave, Sala 2400, Miami FL 33128, Teléfonos (305)349-7175; TDD (305) 349-7174, Correo electrónico ADA@jud11.flcourts.org or Fax (305) 349-7355 por lo menos siete (7) días antes de la cita fijada para su comparecencia en los tribunales; o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de siete (7) días; si usted tiene discapacitación del oído o de la voz, llame al 711."**

☐ AU TRIBUNAL DU ONZIEME ARRONDISSEMENT JUDICIARE DANS ET POUR MIAMI-DADE, FLORIDE.
☐ AU TRIBUNAL DE JUGEMENT ET POUR LE DEPARTENT DE MIAMI-DADE, FLORIDE.

| DIVIZYON ☐ CIVILE ☐ DISTRICT ☐ AUTRE | CONVOCARION D' ACTION CIVILE (b) LIVRAI ON PERSONNELLE A UNE PERSONNE | NUMERO DE CASO |
|---|---|---|
| PLAINTE (S) | VS. CONTRE ACCUSE(S) | HEURE IN |

L'TAT DE LA FLORIDE: A chaque sherif de l'etat vous etes oblige de presenter cette citation et une photocpie de la pleinte de ce document sur l'accuse (e) ci-desus.

| A (AUX) ACCUSE(S): | A (AUX) ACCUSE(S): |
|---|---|

**IMPORTANT**

Des poursuites judiciaires ont ete enterprises contre vous. Vous avez 20 jours consecutifs a pertir a de la date de l'assignation de cette citation pour deposar une response ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insoffisant pour vous proteger. Vous etes obliges de deposer votre response ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas aotre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous et enregistrer votre reponse avec le Greffier du Tribunal. L'adresse centrale du bureau du Greffier est le Dade County Courthouse. L'adresse du tribunal,et l'adresse des succursales sont dans ci-dessous pour votre convenance

**"Pour ceux qui ne peuvent payer un avocat, des informations sur la façon de demander de l'aide juridique gratuite peut être trouvé à www.dadecountyprobono.org"**

ADRESSES DES TRIBUNAUX EN MIAMI-DADE

☐ **Dade County Courthouse** (05)
Room 133
73 West Flagler Street
Miami, FL 33130

☐ **Joseph Caleb Center Court** (20)
Suite 103
5400 N.W. 22nd Avenue
Miami, FL 33142

☐ **Hialeah District Court** (21)
Room 100
11 East 6th Street
Hialeah, FL 33010

☐ **North Dade Justice Center** (23)
Room 100
15555 Biscayne Blvd.
North Miami Beach, FL 33160

☐ **Miami Beach District Court** (24)
Room 200
1130 Washington Avenue
Miami Beach, FL 33139

☐ **Coral Gables District Court** (25)
Room 100
3100 Ponce De Leon Blvd.
Coral Gables, FL 33134

☐ **South Dade Justice Center** (26)
Room 1200
10710 SW 211 Street
Miami, FL 33189

**UN SERVICE**

| Plainte/Avocat du Plainte<br>Numero de barreau de la Floride: | Adresse : | |
|---|---|---|
| **JUAN FERNANDEZ-BARQUIN**<br>**Greffier du Tribunal**<br>**et Contrôleur** | COMME GREFFIER ADJOINT | DATE: |

## ACT DE 1990 POUR AMERICAINS HANDICAPES
## AVIS DE l' ADA

**" Si vous êtes une personne handicapée qui a besoin d'accommodement pour pouvoir participer à cette procédure, vous avez le droit, sans aucun coût, d'avoir de l'aide à votre disposition. S'il vous plaît contacter Aliean Simpkins, le Coordinateur de l'ADA du Tribunal de l'Onzième Circuit Judiciaire, Lawson E. Thomas Courthouse Center, 175 NW 1st Ave. Suite 2400, Miami, FL. 33128, Téléphone (305) 349-7175; TDD (305) 349-7174, Email ADA@jud11.flcourts.org or Fax (305) 349-7355 au moins sept (7) jours avant la date de comparution au tribunal, oubien immédiatement après avoir reçu cet avis si la date avant la comparution est moins de sept (7) jours; si vous avez une incapacité pour entendre ou parler, appelez le 711."**

☐ NAN TRIBINAL ITINERAN NAN ONZYÈM AWONDISMAN JIDISYÈ NAN E POU KONTE MIAMI-DADE, FLORIDA
☐ NAN TRIBINAL E POU TRIBINAL NAN MIAMI-DADE COUNTY, FLORIDA

| | | |
|---|---|---|
| **DIVIZYON**<br>☐ SIVIL<br>☐ DISTRI<br>☐ LÒT | **KONVOKASYON POU KA SIVIL**<br>**(b) DELIVRE PERSONELMAN BAY YON MOUN** | **NIMEWO KA** |
| **PLENTIF (S)** | **VS. KONT AKIZE(S)** | **LE** |

**ETA FLORIDA:** Pou Chak nan eta a yo odone ou pou bay akize a (yo), non l ekri anwo a, manda sa a ak yon kopi yo pote nan pwose sa a.:

| | |
|---|---|
| AKIZE: | ADRES:: |

**ENPOTAN**

Yo entre yon aksyon kont oumeum. Ou genyen 20 jou kalandriye apres ou recevoi somasyon-an pou enregistre devan grefie tribunal-sa, yon reponce pa ecri attache avec plent-la. Yon apel pa telefon ka kapab protege-ou. Se yon repense pa ecri,fo ou m ete numero ka-a ki sou tet pagela avec nom moune-yo ki sou papie-sa oblige ecri si ou vle ke tribunal-la tende position-ou cou ka-a. Si ou pa enregistre reponce-ou a l'heure ou capab pedu ka-a san tribunal la pa anounce-ou en yen, ou capab pedu l'agen ou ak byen ou. Genyen lot demande. Ou ka besoin telefone yon avoka tout de suit. Si ou pa lonen yon avoka, ou ka rele sevis ki rekomande avoka, ou biro ede legal (ki nan lis liv telefone).

Si ou shoisi voye yon reponce pa ecri oumenm, ou supose en mem tan poste en mem tan poste on pote on copi response pa ecri pou avoka pleyan ou pleyan-yo ke non-li ama-a et enregistre reponce-la nan tribinal-la ki localize nan avek Sekrete Tribinal. Adres santral biwo Sekrete a se Dade County Courthouse. Adres tribinal la, ak adres lot tribinal yo nan lis ki anba a pou ou ka jwenn yo alez:

**"Pou moun ki pa an mezi peye pou pran yon avoka, yo kapab jwenn enfòmasyon sou kijan pou yo chèche jwenn assistans legal gratis nan www.dadecountyprobono.org."**

ADRESSES DES TRIBUNAUX EN MIAMI-DADE

| | | | |
|---|---|---|---|
| ☐ **Dade County Courthouse** (05)<br>Room 133<br>73 West Flagler Street<br>Miami, FL 33130 | ☐ **Joseph Caleb Center Court** (20)<br>Suite 103<br>5400 N.W. 22nd Avenue<br>Miami, FL 33142 | ☐ **Hialeah District Court** (21)<br>Room 100<br>11 East 6th Street<br>Hialeah, FL 33010 | ☐ **North Dade Justice Center** (23)<br>Room 100<br>15555 Biscayne Blvd.<br>North Miami Beach, FL 33160 |
| ☐ **Miami Beach District Court** (24)<br>Room 200<br>1130 Washington Avenue<br>Miami Beach, FL 33139 | ☐ **Coral Gables District Court** (25)<br>Room 100<br>3100 Ponce De Leon Blvd.<br>Coral Gables, FL 33134 | ☐ **South Dade Justice Center** (26)<br>Room 1200<br>10710 SW 211 Street<br>Miami, FL 33189 | UN SERVICE |

| | |
|---|---|
| Plainte/Avocat du Plainte<br><br>Numero de barreau de la Floride: | Nimewo manm avoka a.<br><br>Address: |

| | | |
|---|---|---|
| **JUAN FERNANDEZ-BARQUIN**<br>**Grefye Tribinal la ak Kontwolè** | SEKRETE | DATE: |

**LWA 1990 POU AMERIKEN KI ENFIM**
**ANONS POU AMERIKEN KI ENFIM**

**"Si ou se yon moun ki enfim e ou bezwen akomodasyon pou ou patisipe nan pwosedi sa a, ou gen dwa pou yo ba ou kèk èd san ou pa gen pou ou peye. Silvouplè kontakte Kowòdinatè Aliean Simpkins, ADA pou Tribinal Onzyèm Distrik Jidisyè a nan: Lawson E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2400, Miami, Fl 33128, Telefòn (305) 349-7175; TDD (305) 349-7174, Imèl ADA@jud11.flcourts.org; or Fax (305) 349-7355 omwen sèt (7) jou anvan ou gen randevou pou ou parèt nan tribinal la, oubyen imedyatman lè ou resevwa notifikasyon sa a si ou gen mwens ke sèt (7) jou pou ou parèt nan tribinal la; si ou gen difikilte pou ou tande oubyen pale, rele 711."**

STATE OF FLORIDA, COUNTY OF MIAMI-DADE
I HEREBY CERTIFY that the foregoing is a true and correct copy of the
Original on file in this office 9-30 AD 20 24
LUIS G. MONTALDO, Clerk ad interim of Circuit and County Courts
Deputy Clerk [signature]

 Clerk's web address: www.miamidadeclerk.gov

Filing # 206555657 E-Filed 09/10/2024 12:54:43 PM

☐ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.
☒ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.

| DIVISION ☒ CIVIL ☐ DISTRICTS ☐ OTHERS | | CIVIL ACTION SUMMONS (b) Form for Personal Services on a Natural Person | CASE NUMBER 24-174395-CC-05 |
|---|---|---|---|
| PLAINTIFF(S) 21 Air Pilots Association, Inc. | VS | DEFENDANT(S) Avia Investments, LLC., 21 Air, LLC., Michael Mendez Olga Guerra and Kyle Smith | CLOCK IN |

THE STATE OF FLORIDA: TO EACH SHERIFF OF THE STATE, YOU ARE COMMANDED to serve this Summons and a copy of the Complaint in this lawsuit on defendant: Kyle Smith

| To Defendant(s): Kyle Smith | Address: 17 Velma Drive, Tijeras, NM, 87959 |
|---|---|

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response with the Clerk of the Court, you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below. The central location of the Clerk's office is at the Dade County Courthouse. The address for the courthouse, and branch locations are listed below for your convenience:

**"For those unable to pay for an attorney, information on how to seek free legal assistance can be found at www.dadecountyprobono.org."**

**MIAMI-DADE COUNTY COURT LOCATIONS**

| | | | |
|---|---|---|---|
| ☐ **Dade County Courthouse** (05) Room 133 73 West Flagler Street Miami, FL 33130 | ☐ **Joseph Caleb Center Court** (20) Suite 103 5400 N.W. 22nd Avenue Miami, FL 33142 | ☐ **Hialeah District Court** (21) Room 100 11 East 6th Street Hialeah, FL 33010 | ☐ **North Dade Justice Center** (23) Room 100 15555 Biscayne Blvd. North Miami Beach, FL 33160 |
| ☐ **Miami Beach District Court** (24) Room 200 1130 Washington Avenue Miami Beach, FL 33139 | ☐ **Coral Gables District Court** (25) Room 100 3100 Ponce De Leon Blvd. Coral Gables, FL 33134 | ☐ **South Dade Justice Center** (26) Room 1200 10710 SW 211 Street Miami, FL 33189 | SERVICE |

| Plaintiff/Plaintiff Attorney Michael Anello, Esq. Florida Bar No. 10264 | Address: 11565 17th Lane N, unit 1607, St. Petersburg, FL. 33716 | |
|---|---|---|
| JUAN FERNANDEZ-BARQUIN CLERK OF THE COURT AND COMPTROLLER MIAMI-DADE COUNTY CIRCUIT AND COUNTY COURTS | /36565 DEPUTY CLERK | DATE ON: 9/11/2024 |

# AMERICANS WITH DISABILITIES ACT OF 1990
# ADA NOTICE

**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Aliean Simpkins, the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2400, Miami, FL 33128, Telephone (305) 349-7175; TDD (305) 349-7174; Email ADA@jud11.flcourts.org; Fax (305) 349-7355 at least seven (7) days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than seven (7) days; if you are hearing or voice impaired, call 711."**

A True Copy
Certification on Last Page
JUAN FERNANDEZ-BARQUIN
CLERK OF THE COURT AND COMPTROLLER
MIAMI-DADE COUNTY

☐ EN LA CORTE DE CIRCUITO DEL UNDECIMO CIRCUITO JUDICIAL EN Y PARA EL CONDADO DE MIAMI-DADE, LA FLORIDA.
☐ EN EL TRIBUNAL DEL CONDADO EN Y PARA EL CONDADO MIAMI-DADE, LA FLORIDA.

| DIVISION<br>☐ CIVIL<br>☐ DISTRITO<br>☐ OTRA | EMPLAZAMIENTO DE ACCION CIVIL<br>(b) NOTIFICACION PERSONAL A PERSONA NATURAL | NUMERO DE CASO |
|---|---|---|
| DEMANDANTE(S) | VS. DEMANDADO(S) | HORA |

EL ESTADO DE LA FLORIDA: A cada alguacil del Estado: Se le ordena que hagen entrega de esta notificación y una copia de la demanda en este plaito al demandado(s) mencionada arriba.

| A Demandado(s): | A Demandado(s): |
|---|---|

**IMPORTANTE**

Usted ha sido demandado legalmente. Tiene 20 días, contados a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefónica no lo protegerá. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el número del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso podría ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal (Legal Aid Office) o un servicio de referencia de abogados (Attorney Referral Service) que aparecen en la guía telefónica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar en la mano una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante) y presentar su contestación a la demanda al Secretario del Juzgado. La ubicación central de la Oficina del Secretario está en el edificio de la Corte del Condado de Dade. La dirección de la Corte, y de las sucursales aparecen en la lista siguiente para su conveniencia:

"Para aquellas personas que no puedan pagar un abogado, la información sobre como solicitar asistencia legal gratuita se puede encontrar en www.dadecountyprobono.org."

LOCALIDAD DE LOS TRIBUNALES DEL CONDADO DE MIAMI-DADE

☐ **Dade County Courthouse** (05)
Room 133
73 West Flagler Street
Miami, FL 33130

☐ **Joseph Caleb Center Court** (20)
Suite 103
5400 N.W. 22nd Avenue
Miami, FL 33142

☐ **Hialeah District Court** (21)
Room 100
11 East 6th Street
Hialeah, FL 33010

☐ **North Dade Justice Center** (23)
Room 100
15555 Biscayne Blvd.
North Miami Beach, FL 33160

☐ **Miami Beach District Court** (24)
Room 200
1130 Washington Avenue
Miami Beach, FL 33139

☐ **Coral Gables District Court** (25)
Room 100
3100 Ponce De Leon Blvd.
Coral Gables, FL 33134

☐ **South Dade Justice Center** (26)
Room 1200
10710 SW 211 Street
Miami, FL 33189

SERVICIO

| Demandante o Abogado del Demandante:<br><br>Número del Colegio de Abogados: | Dirección: |
|---|---|

| JUAN FERNANDEZ-BARQUIN<br>Secretario del Tribunal y Contralor | COMO SECRETTARIO ADJUNTO | FECHA |
|---|---|---|

## LEY PARA ESTADOUNIDENSES CON INCAPACIDADES

**"Si usted es una persona minusválida que necesita hacer arreglos para poder participar en este proceso, usted tiene derecho, sin gasto alguno, a que se le provea cierta ayuda. Por favor póngase en contacto con Aliean Simpkins, el Coordinador de ADA en el Onceavo Distrito Judicial ubicado en el Lawson E. Thomas Courthouse Center, 175 NW 1st Ave, Sala 2400, Miami FL 33128, Teléfonos (305)349-7175; TDD (305) 349-7174, Correo electrónico ADA@jud11.flcourts.org or Fax (305) 349-7355 por lo menos siete (7) días antes de la cita fijada para su comparecencia en los tribunales; o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de siete (7) días; si usted tiene discapacitación del oído o de la voz, llame al 711."**

☐ AU TRIBUNAL DU ONZIEME ARRONDISSEMENT JUDICIARE DANS ET POUR MIAMI-DADE, FLORIDE.
☐ AU TRIBUNAL DE JUGEMENT ET POUR LE DEPARTENT DE MIAMI-DADE, FLORIDE.

| DIVIZYON<br>☐ CIVILE<br>☐ DISTRICT<br>☐ AUTRE | CONVOCARION D' ACTION CIVILE<br>(b) LIVRAI ON PERSONNELLE A UNE PERSONNE | NUMERO DE CASO |
|---|---|---|
| PLAINTE (S) | VS. CONTRE ACCUSE(S) | HEURE IN |

L'TAT DE LA FLORIDE: A chaque sherif de l'etat vous etes oblige de presenter cette citation et une photocpie de la plainte de ce document sur l'accuse (e) ci-desus.

| A (AUX) ACCUSE(S): | A (AUX) ACCUSE(S): |
|---|---|

**IMPORTANT**

Des poursuites judiclaires ont ete enterprises contre vous. Vous avez 20 jours consecutifs a partir a de la date de l'assignation de cette citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce tribunal. Un simole coup de telephone est insoffisant pour vous proteger. Vous etes obliges de deposer votre response ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaltez que le tribunal entende votre cause. Si vous ne deposez pas aotre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintif/Plaintif's Attorney" (Plaignant ou a son avocat) nomme ci-dessous et enregistrer votre reponse avec le Greffier du Tribunal. L'adresse centrale du bureau du Greffier est le Dade County Courthouse. L'adresse du tribunal,et l'adresse des succursales sont dans ci-dessous pour votre convenance

**"Pour ceux qui ne peuvent payer un avocat, des informations sur la façon de demander de l'aide juridique gratuite peut être trouvé à www.dadecountyprobono.org"**

ADRESSES DES TRIBUNAUX EN MIAMI-DADE

| | | | |
|---|---|---|---|
| ☐ **Dade County Courthouse** (05)<br>Room 133<br>73 West Flagler Street<br>Miami, FL 33130 | ☐ **Joseph Caleb Center Court** (20)<br>Suite 103<br>5400 N.W. 22nd Avenue<br>Miami, FL 33142 | ☐ **Hialeah District Court** (21)<br>Room 100<br>11 East 6th Street<br>Hialeah, FL 33010 | ☐ **North Dade Justice Center** (23)<br>Room 100<br>15555 Biscayne Blvd.<br>North Miami Beach, FL 33160 |
| ☐ **Miami Beach District Court** (24)<br>Room 200<br>1130 Washington Avenue<br>Miami Beach, FL 33139 | ☐ **Coral Gables District Court** (25)<br>Room 100<br>3100 Ponce De Leon Blvd.<br>Coral Gables, FL 33134 | ☐ **South Dade Justice Center** (26)<br>Room 1200<br>10710 SW 211 Street<br>Miami, FL 33189 | UN SERVICE |

| Plainte/Avocat du Plainte<br><br>Numero de barreau de la Floride: | Adresse : | |
|---|---|---|
| **JUAN FERNANDEZ-BARQUIN**<br>**Greffier du Tribunal**<br>**et Contrôlaur** | COMME GREFFIER ADJOINT | DATE: |

## ACT DE 1990 POUR AMERICAINS HANDICAPES
## AVIS DE l' ADA

**" Si vous êtes une personne handicapée qui a besoin d'accommodement pour pouvoir participer à cette procédure, vous avez le droit, sans aucun coût, d'avoir de l'aide à votre disposition. S'il vous plaît contacter Aliean Simpkins, le Coordinateur de l'ADA du Tribunal de l'Onzième Circuit Judiciaire, Lawson E. Thomas Courthouse Center, 175 NW 1st Ave. Suite 2400, Miami, FL. 33128, Téléphone (305) 349-7175; TDD (305) 349-7174, Email ADA@jud11.flcourts.org or Fax (305) 349-7355 au moins sept (7) jours avant la date de comparution au tribunal, oubien immédiatement après avoir reçu cet avis si la date avant la comparution est moins de sept (7) jours; si vous avez une incapacité pour entendre ou parler, appelez le 711."**

☐ NAN TRIBINAL ITINERAN NAN ONZYÈM AWONDISMAN JIDISYÈ NAN E POU KONTE MIAMI-DADE, FLORIDA
☐ NAN TRIBINAL E POU TRIBINAL NAN MIAMI-DADE COUNTY, FLORIDA

| DIVIZYON<br>☐ SIVIL<br>☐ DISTRI<br>☐ LÒT | KONVOKASYON POU KA SIVIL<br>(b) DELIVRE PERSONELMAN BAY YON MOUN | NIMEWO KA |
|---|---|---|
| PLENTIF (S) | VS. KONT AKIZE(S) | LE |

**ETA FLORIDA:** Pou Chak nan eta a yo odone ou pou bay akize a (yo), non l ekri anwo a, manda sa a ak yon kopi yo pote nan pwose sa a.:

| AKIZE: | ADRES:: |
|---|---|

**ENPOTAN**

Yo entre yon aksyon kont oumeum. Ou genyen 20 jou kalandriye apres ou recevoi somasyon-an pou enregistre devan grefie tribunal-sa, yon reponce pa ecri attache avec plent-la. Yon apel pa telefon ka kapab protege-ou. Se yon repense pa ecri,fo ou m ete numero ka-a ki sou tet pagela avec nom moune-yo ki sou papie-sa oblige ecri si ou vle ke tribunal-la tende position-ou cou ka-a. Si ou pa enregistre reponce-ou a l'heure ou capab pedu ka-a san tribunal la pa anounce-ou en yen, ou capab pedu l'agen ou ak byen ou. Genyen lot demande. Ou ka besoin telefone yon avoka tout de suit. Si ou pa lonen yon avoka, ou ka rele sevis ki rekomande avoka, ou biro ede legal (ki nan lis liv telefone).

Si ou shoisi voye yon reponce pa ecri oumenm, ou supose en mem tan poste en mem tan poste on pote on copi response pa ecri pou avoka pleyan ou pleyan-yo ke non-li ama-a et enregistre reponce-la nan tribunal-la ki localize nan avek Sekrete Tribinal. Adres santral biwo Sekrete a se Dade County Courthouse. Adres tribinal la, ak adres lot tribinal yo nan lis ki anba a pou ou ka jwenn yo alez:

**"Pou moun ki pa an mezi peye pou pran yon avoka, yo kapab jwenn enfòmasyon sou kijan pou yo chèche jwenn assistans legal gratis nan www.dadecountyprobono.org."**

ADRESSES DES TRIBUNAUX EN MIAMI-DADE

| | | | |
|---|---|---|---|
| ☐ **Dade County Courthouse** (05)<br>Room 133<br>73 West Flagler Street<br>Miami, FL 33130 | ☐ **Joseph Caleb Center Court** (20)<br>Suite 103<br>5400 N.W. 22nd Avenue<br>Miami, FL 33142 | ☐ **Hialeah District Court** (21)<br>Room 100<br>11 East 6th Street<br>Hialeah, FL 33010 | ☐ **North Dade Justice Center** (23)<br>Room 100<br>15555 Biscayne Blvd.<br>North Miami Beach, FL 33160 |
| ☐ **Miami Beach District Court** (24)<br>Room 200<br>1130 Washington Avenue<br>Miami Beach, FL 33139 | ☐ **Coral Gables District Court** (25)<br>Room 100<br>3100 Ponce De Leon Blvd.<br>Coral Gables, FL 33134 | ☐ **South Dade Justice Center** (26)<br>Room 1200<br>10710 SW 211 Street<br>Miami, FL 33189 | UN SERVICE |

| | | |
|---|---|---|
| Plainte/Avocat du Plainte<br>Numero de barreau de la Floride: | Nimewo manm avoka a.<br>Address: | |
| **JUAN FERNANDEZ-BARQUIN**<br>**Grefye Tribinal la ak Kontwolè** | SEKRETE | DATE: |

## LWA 1990 POU AMERIKEN KI ENFIM
## ANONS POU AMERIKEN KI ENFIM

**"Si ou se yon moun ki enfim e ou bezwen akomodasyon pou ou patisipe nan pwosedi sa a, ou gen dwa pou yo ba ou kèk èd san ou pa gen pou ou peye. Silvouplè kontakte Kowòdinatè Aliean Simpkins, ADA pou Tribinal Onzyèm Distrik Jidisyè a nan: Lawson E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2400, Miami, Fl 33128, Telefòn (305) 349-7175; TDD (305) 349-7174, Imèl ADA@jud11.flcourts.org; or Fax (305) 349-7355 omwen sèt (7) jou anvan ou gen randevou pou ou parèt nan tribunal la, oubyen imedyatman lè ou resevwa notifikasyon sa a si ou gen mwens ke sèt (7) jou pou ou parèt nan tribunal la; si ou gen difikilte pou ou tande oubyen pale, rele 711."**

STATE OF FLORIDA, COUNTY OF MIAMI-DADE
I HEREBY CERTIFY that the foregoing is a true and correct copy of the Original on file in this office 9-30 AD 20 24
LUIS G. MONTALDO, Clerk Ad Interim of Circuit and County Courts
Deputy Clerk [signature] 

Filing # 206907007 E-Filed 09/16/2024 12:25:11 AM

**IN THE COUNTY COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA**

**COUNTY CIVIL DIVISION**

**CASE NO.: 2024-174395-CC-05**
**SECTION: CC04**

**21 Air Pilots Association Inc**
**Plaintiff(s),**

**vs.**

**Michael Mendez et al**
**Defendant(s)**

______________________________/

**UNIFORM CASE MANAGEMENT ORDER SETTING PRETRIAL DEADLINES AND RELATED REQUIREMENTS (GENERAL PATHWAY - COUNTY CIVIL PROCEDURE CASES)**

PLAINTIFF SHALL SERVE THIS ORDER UPON A DEFENDANT WITHIN 10 DAYS OF ANY FILING BY THAT DEFENDANT.

ALL PARTIES MUST READ CAREFULLY AS STRICT COMPLIANCE IS MANDATORY.

In compliance with the mandatory requirements of governing Administrative Orders regarding case management, the Court hereby ORDERS as follows:

1. Attorneys are professionally obligated to diligently litigate the case so litigation can conclude as soon as it is reasonably and justly possible. See Florida Rule of General Practice and Judicial Administration 2.545. The specific pretrial deadlines and requirements set forth herein shall be strictly enforced by the Court. Non-compliance with any part of this Order may result in sanctions including, but not limited to, striking of pleadings, monetary sanctions, waiver and/or default. It is on the parties to promptly and timely schedule hearings on filed motions.

2. The deadlines contained in this Order cannot be waived or extended by stipulation of the parties and remain in effect unless the Court grants an enlargement. A motion seeking an enlargement of a particular deadline shall specify detailed reasons for the enlargement and the amount of time requested.

3. In the event parties are unable to coordinate any non-dispositive and non-evidentiary hearing, deposition, or motion within a reasonable period of time (not less than 72 hours) and after 3 documented attempts, the moving party shall unilaterally set the issue for hearing pursuant to divisional instructions to occur no less than 14 days and no more than 45 days after the third attempt.

A True Copy
Certification on Last Page
JUAN FERNANDEZ-BARQUIN
CLERK OF THE COURT AND COMPTROLLER
MIAMI-DADE COUNTY

4. SETTLEMENT: Counsel shall immediately notify the Court in the event of settlement and submit a Stipulation of Settlement and Order of Dismissal. Counsel shall also notify the Court of any pending hearings that will be cancelled as a result of the settlement.

5. SERVICE: Plaintiffs shall serve their actions promptly by **01-06-2025** and in compliance with Florida Rule of Civil Procedure 1.070. Service issues shall be addressed promptly and with diligence. No extensions pursuant to Florida Rule of Civil Procedure 1.070 shall be granted without specific proof of diligent effort to effect service and a written explanation of what efforts the Plaintiff intends to pursue to effect service successfully, with proposed deadlines. No extension to serve a defendant beyond **04-07-2025** shall be allowed.

6. The following litigation deadlines are set:

   a. ADDITION OF ANY NEW PARTIES shall occur by **03-07-2025**.

   b. FACT WITNESS LIST shall be filed by **07-06-2025**. The fact witnesses shall be in alphabetical order and contain the names and addresses of all non-expert witnesses. Only those witnesses listed shall be permitted to testify without leave of Court. All witness lists shall include a brief description of the substance and scope of the testimony to be elicited. Within 30 days of discovering previously unknown witnesses, either party may seek leave of Court to amend their submissions, disclosures, or discovery obligations.

   c. EXHIBIT LIST shall be filed by **07-06-2025**. The Exhibit List shall disclose a list of all documentary and physical evidence intended to be used at trial. Each item shall be specifically described and listed by number and description. Generic descriptions of exhibits are subject to being stricken. All listed exhibits shall have been made available to opposing counsel for examination, initialing, and copying. Parties shall timely amend their exhibit list.

   d. EXPERT WITNESSES shall be disclosed by **09-04-2025** with the names and addresses of all the expert witnesses to be called at trial and all information regarding expert testimony that is required by Rule 1.280(b)(5)(A). This includes disclosing the expert's area of expertise and serving a copy of each expert's reports or answers to expert interrogatories, if a report was prepared and/or expert interrogatories propounded. Each party is limited to one expert per specialty. No other expert testimony shall be permitted at trial.

   e. FACT AND EXPERT DISCOVERY, including all inspections, depositions, and examinations, shall be completed no later than **01-31-2026**. Written discovery shall be served no later than **12-27-2025**. The parties shall timely coordinate the scheduling and setting of depositions for all witnesses and/or parties they intend to depose.

   f. MOTIONS FOR SUMMARY JUDGMENT and DAUBERT MOTIONS shall be filed by **11-02-2025** and heard no later than **01-31-2026**.

   g. OBJECTIONS TO PLEADINGS AND ALL OTHER PRETRIAL MOTIONS, except

for motions in limine, shall be filed by **12-02-2025** and heard no later than **01-31-2026**. Any motion not filed and heard prior to the expiration of this deadline may be deemed waived or denied absent extraordinary circumstances which could not have been prudently anticipated, or by order of the Court entered prior to the expiration of the applicable time limitation.

h. MEDIATION: Parties are hereby referred to mandatory mediation, which shall be completed no later than **01-31-2026**. The parties shall comply with Florida Rules Civil Procedure 1.700, 1.710, 1.720, 1.730, and 1.750 as to the conduct of mediation. Plaintiff's counsel is appointed lead counsel to facilitate, mutually coordinate and schedule the mediation conference. Costs of mediation shall be borne equally by both parties. Failure to mediate in good faith may result in the imposition of monetary sanctions.

7. TRIAL: The projected date of trial is **03-02-2026**. A firm trial date will be ordered by the Court when the case is at issue pursuant to Florida Rule of Civil Procedure 1.440. The parties shall do all things reasonable and necessary to assure the availability of their witnesses for the entire trial period or to otherwise preserve their testimony for trial as provided by the Florida Rules of Civil Procedure. Failure to do so will not be grounds for a continuance.

8. JOINT PRETRIAL STIPULATION: A Joint Pretrial Stipulation shall be filed by all parties (via counsel of record) no later than **01-31-2026**. All parties shall cooperate in good faith in preparation of the Joint Pretrial Stipulation. Unilateral pretrial stipulations will not be accepted. The single, unified submission shall contain the following information in separately numbered paragraphs or sections:

a. Stipulated Statement of Facts: A list of those facts that can be stipulated to and require no proof at the trial, together with a concise, impartial statement of the facts of the case.

b. Statements of Disputed Law & Fact: Those issues of law and fact that are to be tried.

c. Witness Lists: Parties shall attach the witness lists filed consistent with Paragraph 6b. and 6d. of this Order, including all rebuttal or impeachment witnesses. If any party objects to any witness, such objections shall be stated in the Stipulation, setting forth the grounds with specificity. At trial, all parties shall be strictly limited to witnesses properly and timely disclosed.

d. Exhibit Lists: Counsel shall initial each other party's exhibit list and exhibits consistent with Paragraph 6c. of this Order. If any party objects to the introduction of any such exhibit, such objection shall be stated in the Stipulation, setting forth the grounds with specificity. Parties shall attach the final, initialed exhibit lists with objections. Only those exhibits listed and initialed may be offered in evidence.

e. Jury Instructions: If the trial is a jury trial, counsel shall identify and attach all agreed upon standard instructions and all special instructions. Any disputed jury instructions shall be attached and identified as to the party that proposed the instruction, along with copies of supporting case law.

f. Verdict Forms: If the trial is a jury trial, the proposed jury verdict forms shall be attached and designated as agreed to or disputed.

g. Motions in Limine: Each party shall make any anticipated motion(s) in limine indicating all stipulations/agreed items and any motion(s) in limine requiring a Court ruling.

h. Trial Estimate: Each party shall provide an estimate of the number of days for trial.

i. Daubert issues: All Daubert issues involving any requests for Daubert-related evidence shall be in writing. Failure to do so shall constitute a waiver of any Daubert-related evidence issue.

j. Other issues: The parties shall list any other issue that could potentially take up unnecessary time during the trial to facilitate the resolution of those matters prior to the trial date.

**DONE AND ORDERED** in Chambers, at Miami-Dade County, Florida, on this **15th day of September, 2024**.

2024-174395-CC-05 09-15-2024 11:52 PM

2024-174395-CC-05 09-15-2024 11:52 PM

**Diana Gonzalez-Whyte**
COUNTY COURT JUDGE

Copies Furnished to:
Electronically Served

Michael R Anello, mikeanellosting12@gmail.com
Michael R Anello, mikeanellosting12@gmail.com
Michael R Anello, mikeanellosting12@gmail.com
Karl Seuring, KeSeuring@Gmail.com

STATE OF FLORIDA, COUNTY OF MIAMI-DADE
I HEREBY CERTIFY that the foregoing is a true and correct copy of the Original on file in this office 9-30 AD 20 24
LUIS G. MONTALDO, Clerk Ad Interim of Circuit and County Courts
Deputy Clerk