# EXHIBIT C

**EXHIBIT C**

**IN THE COUNTY COURT OF THE ELEVENTH JUDICIAL CIRCUIT, IN AND FOR DADE COUNTY, FLORIDA**

21 AIR PILOTS ASSOCIATION, INC.,

Plaintiff; **CASE No.: 2024-174395-CC-05**

v.

AVIA INVESTMENTS, LLC; 21 AIR, LLC;
MICHAEL MENDEZ; OLGA GUERRA;
KYLE SMITH; and DONNA ENGELBRECHT, individually,

Defendants.
_______________________/

**NOTICE TO STATE COURT OF FILING OF NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT**

**TO:** CLERK OF THE ABOVE-ENTITLED COURT

PLEASE TAKE NOTICE that on October 10, 2024, Defendants 21 Air, LLC, Michael Mendez, and Olga Guerra filed a Notice of Removal in the above-captioned action – under 28 U.S.C. § 1441(a), through application of 28 U.S.C. § 1331 – in the United States District Court for the Southern District of Florida. A true and correct copy of said Notice of Removal is attached hereto as **Exhibit 1**.

Pursuant to 28 U.S.C. § 1446(d), the removal divests this Court of jurisdiction, and this Court may proceed no further in this action unless and until the case is remanded.

Dated: October 10, 2024. Respectfully submitted,

*s/ Patrick F. Martin*

Patrick F. Martin, Florida Bar #998729
pfmartin@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Two Datran Center
9130 S. Dadeland Blvd., Suite 1625
Miami, Florida 33156
Telephone: 305.374.0506
Facsimile: 305.374.0456

*Counsel for Defendants*
*21 Air, LLC, Michael Mendez and*
*Olga Guerra*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2024, the foregoing document is being served on all counsel of record identified on the attached Service List in the manner specified.

*s/ Patrick F. Martin*
Patrick F. Martin

**SERVICE LIST**

*21 Air Pilots Association, Inc. v. Avia Investments, LLC, 21 Air, LLC, Michael Mendez, Olga Guerra, Kyle Smith, and Donna Engelbrecht*
Eleventh Judicial Circuit in and for Miami-Dade County, Florida
Case No. 2024-174395-CC-05

Michael R. Anello, Esq.
MikeAnelloSting12@gmail.com
11565 17th Lane N, Unit 1607
St. Petersburg, FL. 33716
Telephone: 727.465.6080

*Counsel for Plaintiff 21 Air Pilots Association, Inc.*

Method of Service: Florida E-Filing Portal

Patrick F. Martin
pfmartin@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
9130 S. Dadeland Blvd.
Suite 1625
Miami, Florida 33156
Telephone: 305.374.0506
Facsimile: 305.374.0456

*Counsel for Defendants 21 Air, LLC, Michael Mendez, and Olga Guerra*